# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-4153-CAS(AGRx) | Date | June 17, 2011 |
|---|---|---|---|
| Title | *LOREAN BARRERA v. PHARMAVITE, LLC* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - OSC WHY THIS COURT SHOULD NOT STRIKE THE COURT'S ORDER GRANTING STEWART M. WELTMAN'S APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE FILED ON JUNE 6, 2011.

On June 3, 2011, an Application of Non-Resident Attorney to Appear in a Specific Case was submitted on behalf of Stewart M. Weltman, stating he is "a member in good standing and eligible to practice before the following courts." and lists District of Columbia, admitted in 2004. It has been brought to this Court's attention that Mr. Weltman is suspended from the District of Columbia for nonpayment of bar dues.

**IT IS HEREBY ORDERED** that **Plaintiffs' attorney, Stewart M. Weltman,** show cause in writing not later than **July 1, 2011** why this Court should not strike its Order on Application of Non-Resident Attorney to Appear in a Specific Case filed June 6, 2011 [docket no. 13], and further strike any and all pleadings filed by this attorney.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |