René P. Tatro (State Bar No. 78383)
David B. Sadwick (State Bar No. 126268)
Juliet A. Markowitz (State Bar No. 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone:  (213) 225-7171
Facsimile:   (213) 225-7151
Email:  renetatro@ttsmlaw.com
        davidsadwick@ttsmlaw.com
        jmarkowitz@ttsmlaw.com

Joseph M. Price (*Admitted pro hac vice*)
Bridget M. Ahmann (*Admitted pro hac vice*)
Jennifer Y. Dukart (*Admitted pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600
Email:      Joseph.Price@FaegreBD.com
            Bridget.Ahmann@FaegreBD.com
            Jennifer.Dukart@FaegreBD.com

Attorneys for Defendant Pharmavite LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREAN BARRERA, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>          Plaintiff,<br><br>     v.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>          Defendant. | Case No. 2:11-cv-04153-CAS<br><br>**UPDATED REPORT ON PRODUCTION PROTOCOL**<br><br>Date:         January 30, 2012<br>Time:         11:00 a.m.<br>Courtroom: 5<br><br>The Hon. Christina A. Snyder |

1  Since the parties' Joint Rule of Civ. Proc. 26(f) Report ("Joint Report") was
2  filed, the parties have continued to meet and confer regarding a production protocol.
3  Upon further discussion of the respective parties' positions, it appears that the parties
4  do not in fact have an agreement regarding the scope and timing of discovery.  Thus,
5  given that the parties have not yet been able to reach agreement on the scope of
6  discovery, the schedule set forth in the parties' Joint Report will need to be revised.
7  The parties will continue to meet and confer and hopefully reach agreement on a
8  revised schedule.  As described in the Joint Report, the main point of disagreement is
9  whether (as Pharmavite proposes) certain issues for discovery should be bifurcated
10 or (as Plaintiff proposes) all discovery should proceed at once.  Plaintiff assents to
11 the filing of this updated report.

Dated: January 27, 2012

By: /s/ René P. Tatro

RENÉ P. TATRO (78383)
DAVID B. SADWICK (126268)
JULIET A. MARKOWITZ (164038)
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone: (213) 225-7171
Facsimile: (213) 225-7151


FAEGRE BAKER DANIELS LLP
JOSEPH M. PRICE* (88201)
BRIDGET M. AHMANN* (16611)
JENNIFER Y. DUKART* (388616)
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Joseph.Price@FaegreBD.com
Bridget.Ahmann@FaegreBD.com
Jennifer.Dukart@FaegreBD.com
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2012, I electronically filed

**UPDATED REPORT ON PRODUCTION PROTOCOL**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Patricia N. Syverson, Esq.
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
psyverson@bffb.com

/s/ *Karen L. Roberts*
Karen L. Roberts