René P. Tatro, State Bar No. 78383
E-Mail: renetatro@ttsmlaw.com
Juliet A. Markowitz, State Bar No. 164038
E-Mail: jmarkowitz@ttsmlaw.com
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone:  (213) 225-7171
Facsimile:   (213) 225-7151

Joseph M. Price *(admitted pro hac vice)*
E-Mail: Joseph. Price@FaegreBD.com
Bridget M. Ahmann *(Admitted Pro Hac Vice)*
E-Mail: Bridget.Ahmann@FaegreBD.com
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis , Minnesota  55402-3901
Telephone:   (612) 766 7000
Facsimile:    (612) 766 1886
Attorneys for Defendant Pharmavite LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREAN BARRERA, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 2:11-CV-04153-CAS (AGRx)<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA OF INCORRECT EVENT IN THE FILING OF SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PHARMAVITE LLC'S MOTION TO COMPEL DISCOVERY**<br><br>**LOCAL RULE 37-2.3**<br><br>Date:         November 6, 2012<br>Time:         10:00 a.m.<br>Courtroom:  B – 8th Floor<br><br>Discovery Cutoff Date:    None Set<br>Pretrial Conference Date:  None Set<br>Trial Date:   None Set |

Please take notice that on October 23, 2012, Defendant Pharmavite LLC filed a SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PHARMAVITE LLC'S MOTION TO COMPEL DISCOVERY (Doc 72) under the incorrect EM-ECF filing event. This filing is correcting that error.

Dated: October 24, 2012

| TATRO TEKOSKY SADWICK LLP | FAEGRE BAKER DANIELS LLP |
|---|---|
| By: ___*Juliet A. Markowitz*_____ | By: ___*Bridget M. Ahmann*___ |
| Juliet A. Markowitz, Esq. | Bridget M. Ahmann, Esq. |
| Attorneys for Pharmavite LLC | Attorneys for Pharmavite LLC |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2012, I electronically filed

**NOTICE OF ERRATA OF INCORRECT EVENT IN THE FILING OF SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PHARMAVITE LLC'S MOTION TO COMPEL DISCOVERY**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Patricia N. Syverson, Esq.
Bonnett, Fairbourn, Friedman & Balint, P.C.
2325 E. Camelback Road, Ste 300
Phoenix, AZ  85016
psyverson@bffb.com

TODD D. CARPENTER
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
600 West Broadway, Suite 900
San Diego, CA  92101
tcarpenter@bffb.com

  /s/ *Karen L. Roberts*
  Karen L. Roberts