| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | Patricia N. Syverson (203111) |
|   | Manfred Muecke (222893) |
| 3 | 600 W. Broadway, Suite 900 |
|   | San Diego, California 92101 |
| 4 | psyverson@bffb.com |
|   | mmuecke@bffb.com |
| 5 | Telephone: (619) 798-4593 |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 7 | Elaine A. Ryan (*Admitted Pro Hac Vice*) |
|   | 2325 E. Camelback Road, Suite 300 |
| 8 | Phoenix, AZ  85016 |
|   | eryan@bffb.com |
| 9 | Telephone: 602-274-1100 |
| 10 | SIPRUT, PC |
|    | Stewart M. Weltman |
| 11 | 17 N. State Street, Suite 1600 |
|    | Chicago, IL 60602 |
| 12 | sweltman@siprut.com |
|    | Telephone: (312) 236-0000 |
| 13 | |
| 14 | Attorneys for Plaintiff |
|    | *[Additional Counsel on signature page]* |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREAN BARRERA, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:11-cv-04153-CAS (AGrx)<br><br>**DECLARATION OF PATRICIA N. SYVERSON IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO OBJECTION**<br><br>Date:    December 4, 2017<br>Time:    10:00 a.m.<br>Courtroom: 8D-8th Fl.<br>The Hon. Christina A. Snyder |

I, PATRICIA SYVERSON, declare as follows:

1. I am a shareholder in the law firm of Bonnett, Fairbourn, Friedman, & Balint, P.C., one of the proposed Class Counsel. I have personal knowledge of the matters set forth in this declaration and, if called to testify to them, would be competent to do so.

2. According to KCC's claims administration records, Mr. Ference submitted an online claim form on September 14, 2017.

3. Pursuant to L.R. 7-3, on November 15, 2017, counsel for Plaintiff conferred with Defense counsel regarding her intent to file a Motion for Final Approval of Settlement and Response to Objection. Defense counsel informed Plaintiff's counsel that Defendant does not oppose the motion.

4. In support of Plaintiff's Unopposed Motion for Final Approval of Settlement, attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| **Exhibit 1:** | Declaration of Phil Cooper Re: Notice Procedures |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 27th day of November 2017 at San Diego, California.

DATED: November 27, 2017

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016

1  eryan@bffb.com
2  Telephone: 602/274-1100
   Fax: 602/274-1199

3  SIPRUT, PC
   Stewart M. Weltman (Admitted Pro Hac Vice)
4  17 North State Street, Suite 1600
   Chicago, IL 60602
5  Sweltman@siprut.com
   Telephone: (312) 236-0000
6
   BOODELL & DOMANSKIS, LLC
7  Max A. Stein (*Admitted Pro Hac Vice*)
   Nada Djordjevic (*Admitted Pro Hac Vice*)
8  353 N. Clark St. Suite 1800
   Chicago, IL 60604
9  mstein@boodlaw.com
   ndjordjevic@boodlaw.com
10 Telephone: (312) 938-1670

11 LEVIN SEDRAN & BERMAN
   Howard J. Sedran
12 510 Walnut Street
   Philadelphia, Pennsylvania 19106
13 hsedran@lfsblaw.com
   Telephone: (215) 592-1500
14
   WESTERMAN LAW CORP.
15 Jeff S. Westerman (94559)
   1875 Century Park East, Ste. 2200
16 Los Angeles, California 90067
   Telephone: (310) 698-7450
17 jwesterman@jswlegal.com

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 27, 2017.

By: s/*Patricia N. Syverson*
BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593