# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREAN BARRERA, on behalf of herself and all others similarly situated,<br><br>                                Plaintiff,<br><br>     v.<br><br>PHARMAVITE LLC, a California limited liability company,<br><br>                               Defendant. | Case No. 2:11-cv-04153-CAS (AGrx)<br><br>**DECLARATION OF PHIL COOPER RE: NOTICE PROCEDURES** |

I, **PHIL COOPER**, declare:

    1.    I am a Senior Project Manager at KCC Class Action Services, LLC ("KCC"). I am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, complete the Class Action Fairness Act ("CAFA") notification; provide for a media outreach campaign; publish the Summary Notice; receive and process Claim Forms; respond to Class Member inquiries; establish and maintain a settlement website; establish and maintain an automated  telephone helpline; and perform other duties as specified in the Settlement Agreement and General Release (the "Settlement Agreement") preliminarily approved by this Court on June 5, 2017.

    3.    **CAFA Notification**. In compliance with 28 U.S.C. Section 1715, KCC compiled a CD-

1   ROM containing the following documents: Class Action Complaint for (1) Violation of the Consumers

2   Legal Remedies Act, Civil Code §1750 et seq.; (2) Violation of the Unfair Competition Law, Business

3   and Professions Code §17200 et seq.; and (3) Breach of Express Warranty,, First Amended Class Action

4   Complaint for (1) Violation of the Consumers Legal Remedies Act, Civil Code §1750 et seq.; (2)

5   Violation of the Unfair Competition Law, Business and Professions Code §17200 et seq.; and (3) Breach

6   of Express Warranty, Second Amended Class Action Complaint for (1) Violation of the Consumers

7   Legal Remedies Act, Civil Code §1750 et seq.; (2) Violation of the Unfair Competition Law, Business

8   and Professions Code §17200 et seq.; and (3) Breach of Express Warranty; Pharmavite LLC's Answer

9   to Plaintiff's Second Amended Class Action Complaint; Demand for Jury Trial; Pharmavite LLC's

10   Amended Answer to Plaintiff's Second Amended Class Action Complaint; Demand for Jury Trial;

11   Plaintiff's Unopposed Motion for Preliminary Approval of Settlement; Plaintiff's Memorandum in

12   Support of Unopposed Motion for Preliminary Approval of Settlement; Declaration of Patricia N.

13   Syverson in Support of Plaintiff's Unopposed motion for Preliminary Approval of Settlement; Notice of

14   Errata Re: Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (correcting location of

15   hearing to Courtroom 8D, 8th Floor, First Street Courthouse, 350 W. First Street, Los Angeles,

16   California 90012); Joint Stipulation Regarding Schedule for Preliminary and Final Approval of

17   Settlement; Proposed] Preliminary Approval Order; Claim Form; Summary Notice; Long Form Notice;

18   and Settlement Agreement and General Release, which accompanied a cover letter (collectively, the

19   "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

20       4.      On May 5, 2017, KCC caused fifty-eight (58) CAFA Notice Packets to be mailed via

21   Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, *i.e.*,

22   the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia,

23   the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

24       5.      As of the date of this declaration, KCC has received no response to the CAFA Notice

25   Packet from any of the recipients identified in paragraph 4 above.

26       6.      **Publication of Summary Notice**. A Summary Notice was published in the following

27   publications: *Arthritis Today,* September/October 2017 issue; *People,* August 14, 2017; *Los Angeles*

28   *Daily News,* July 24, 2017, July 31, 2017, August 7, 2017, August 14, 2017; internet – run of network,

1  July 17, 2017 through August 13, 2017; Google display network, July 17, 2017 through August 13,

2  2017, and Facebook, July 17, 2017 through August 13, 2017.  Tear sheets for all publications are

3  attached hereto as Exhibit C.

4        7.     **Toll-Free Telephone Number**. On or before July 12, 2017, KCC established a toll-free

5  automated telephone number dedicated to providing settlement information to potential Class Members.

6  As of November 20, 2017, KCC has received a total of 351 calls.

7        8.     **Website**. On or before July 12, 2017, KCC also established a website

8  (www.glucosaminesupplementsettlement.com) dedicated to this settlement to provide additional

9  information to potential Class Members and to answer frequently asked questions.  Visitors of the

10  website were able to download a Notice, Claim Form, and pertinent Court documents pertaining to the

11  settlement.  Visitors also had the option of submitting claims online and upload supporting

12  documentation.  The web address was set forth in the Notice, Summary Notice and Claim Form. As of

13  November 20, 2017, the website has received 207,280 unique visits.

14        9.     **Requests for Exclusion**. The deadline for Class Members to request to be excluded from

15  the class was a postmarked deadline of November 13, 2017. As of the date of this declaration, KCC has

16  received 1 request for exclusion.  A copy of the exclusion request is attached hereto as Exhibit D.

17       10.     **Objections to the Settlement**. The deadline for Class Members to object to the

18  Settlement was a postmarked deadline of November 13, 2017. As of the date of this declaration, KCC

19  has received no objections to the settlement.

20       11.     **Claim Forms**. The deadline for Class Members to file a claim was a deadline of

21  electronic receipt or postmarked by November 13, 2017. As of the date of this declaration, KCC has

22  received 98,852 claim forms.  While claims are still being evaluated for validity, preliminary review

23  indicates that approximately 80,374 claims have been submitted claiming the combined cash/product

24  benefit option and 17,831 claims have been submitted claiming only the product benefit option.  There

25  are 647 paper claims that are in the process of data entry, and we cannot assess the benefit options

26  selected for that group of claims at this time.

27       12.     **Shirley Kwan**. On September 15, 2017, Ms. Shirley Kwan wrote to the Court regarding

28  her dissatisfaction and difficulties with the claim filing process.  KCC was notified on September 21,

1  2017, of Ms. Kwan's issues and promptly reached out to her to resolve the situation.  Through a series of

2  email communications as well as telephone calls, KCC was able to successfully assist Ms. Kwan in the

3  filing of her claim on October 12, 2017.

4      13.    On November 13, 2017, Ms. Kwan contacted KCC requesting assistance in the filing of a

5  claim on behalf of her mother, Kazuko Kwan.  KCC was able to successfully assist in the completed

6  claim filing for Ms. Kwan same day.

7      14.    **Cost of Administration.** To date, KCC has accrued $336,690.  Final costs are not yet

8  known as there are several tasks yet to be undertaken, such as deficiency mailing and processing, claims

9  analysis finalization, and distribution preparation.

10

11  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true

12  and correct to the best of my knowledge. Executed on this 27th day of November at San Rafael,

13  California.

14

15

16  PHIL COOPER

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A



3301 Kerner Boulevard     415.798.5900   PHONE
San Rafael, CA 94901      415.892.7354   FAX
                          kccllc.com

May 5, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

      Re:     Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      KCC Class Action Services, LLC, has been retained as the independent third-party administrator in a putative class action lawsuit entitled *Lorean Barrera, on behalf of herself and all others similarly situated, v. Pharmavite, LLC, a California limited liability company*, Case No. 2:11–cv-04153-CAS-AGR. TATRO TEKOSKY SADWICK LLP represents Pharmavite LLC ("Pharmavite") in this matter.  The lawsuit is pending before the Honorable Christina A. Snyder in the United States District Court for the Central District of California.  This letter is to advise you that Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on April 28, 2017.

| | |
|---|---|
| **Case Name:** | *Lorean Barrera v. Pharmavite, LLC* |
| **Case Number:** | 2:11–cv-04153-CAS-AGR |
| **Jurisdiction:** | United States District Court, Central District of California |
| **Date Settlement Filed with Court:** | April 28, 2017 |

      Pharmavite consented to the settlement solely to avoid the burden, expense, inconvenience, and inherent risk of litigation as well as the concomitant disruption of its business operations.  Pharmavite stands behind these products and the labeling claims made on them.   In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the original *Class Action Complaint for (1) Violation of the Consumers Legal Remedies Act, Civil Code §1750 et seq.; (2) Violation of the Unfair Competition Law, Business and Professions Code §17200*



«First» «Last»
May 5, 2017
Page 2

*et seq.; and (3) Breach of Express Warranty,, First Amended Class Action Complaint for (1) Violation of the Consumers Legal Remedies Act, Civil Code §1750 et seq.; (2) Violation of the Unfair Competition Law, Business and Professions Code §17200 et seq.; and (3) Breach of Express Warranty, Second Amended Class Action Complaint for (1) Violation of the Consumers Legal Remedies Act, Civil Code §1750 et seq.; (2) Violation of the Unfair Competition Law, Business and Professions Code §17200 et seq.; and (3) Breach of Express Warranty, Pharmavite LLC's Answer to Plaintiff's Second Amended Class Action Complaint; Demand for Jury Trial,* and *Pharmavite LLC's Amended Answer to Plaintiff's Second Amended Class Action Complaint; Demand for Jury Trial* are included on the enclosed CD.

2.   **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of May 5, 2017, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed *Plaintiff's Unopposed Motion for Preliminary Approval of Settlement* requesting that a hearing take place on June 5, 2017, at 10:00 a.m. Pacific in Courtroom 5 on the 2nd floor before the Honorable Christina A. Snyder. Copies of *Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Plaintiff's Memorandum in Support of Unopposed Motion for Preliminary Approval of Settlement, Declaration of Patricia N. Syverson in Support of Plaintiff's Unopposed motion for Preliminary Approval of Settlement, Notice of Errata Re: Plaintiff's Unopposed Motion for Preliminary Approval of Settlement* (correcting location of hearing to Courtroom 8D, 8th Floor, First Street Courthouse, 350 W. First Street, Los Angeles, California 90012*), Joint Stipulation Regarding Schedule for Preliminary and Final Approval of Settlement,* and *[Proposed] Preliminary Approval Order* are included on the enclosed CD.

3.   **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Claim Form, Summary Notice,* and *Long Form Notice* to be provided to the class are included on the enclosed CD.

4.   **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement and General Release* is included on the enclosed CD.

5.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of May 5, 2017, there are no other settlement or agreement among the Parties, either directly or by and through their respective counsel.

6.   **28 U.S.C. § 1715(b)(6) – Final Judgment**: No Final Judgment has rendered as of May 5, 2017, nor have any Notices of Dismissal been issued at this time.

7.   **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a list of class members as well as each State of residence is not available, because the Parties do not presently know the names or



«First» «Last»
May 5, 2017
Page 3

current addresses of all the proposed settlement class members.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is not feasible to provide a meaningful estimate or approximation of the number of individuals in the class.  The subject of the settlement is a glucosamine dietary supplement product, with an estimated 17 million units sold over the class settlement period of approximately 6 years.  There is no reasonable means to identify the location or identity of any settlement class member at this time.

8.  **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  The proposed Settlement is still pending final approval by the Court.  There are no judicial opinions related to the Settlement.  As of May 5, 2017, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact counsel for Pharmavite immediately at either (213) 225-7171 or rtatro@ttsmlaw.com so that Pharmavite can address any concerns or questions you may have.

Thank you.

Sincerely,


/s/
Daniel Burke
Executive Vice President

Enclosure – CD

# Exhibit B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Lindemuth | Jahna | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capital, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Hawley | Joshua D. | Missouri Attorney General | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Porrino | Chrisopher S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Tatro | Rene P. | Tatro Tekosky Sadwick LLP | 333 South Grand Avenue | Suite 4270 | Los Angeles | CA | 90071-2901 |

**Exhibit C**

 Photo/Video  🙂 Feeling/Activity

· Event ·

Suggested Post

**Pharmavite LLC Class Action Settlement**
Sponsored (demo) · 🌐

👍 Like Page  ⌄

If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.



Pharmavite LLC Class Action Settlement

GLUCOSAMINESUPPLEMENTSETTLEMENT.COM

**Learn More**



👍 Like     💬 Comment     ➤ Share

---

Delta blasts Ann Coulter after Twitter
her comments 'unacceptable' - foxne

📈 **Game of Thrones**
8 winners and 5 losers from Game o
season 7 premiere - vox.com

📈 **Winnie-the-Pooh**
Winnie the Pooh 'blacklisted' by Chi
censors after web comparisons to...

⌄ See More

Sponsored



**$1,500 Week Guaranteed | Limited Tim**
LYFT.COM
For a limited time, you're guaranteed $1,
Just give 60 weekly rides before work,...



**Buy a Pair of S
Get 50% Off Tees**

July 15th – July 17th // Promo

JOE'S® Jeans Beat the Heat Sale
joesjeans.com

**Pharmavite LLC Class Action Settlement**

Sponsored · 

If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.



Learn More

**Pharmavite LLC Class Action Settlement**
GlucosamineSupplementSettlement.c...

Like     Comment     Share



SECTIONS    SEARCH

# Los Angeles Times

SUBSCRIBE
4 weeks for 99¢

LOG IN

MONDAY JUL. 17, 2017        LOCAL    SPORTS    POLITICS    ENTERTAINMENT    OPINION    MOST POPULAR    PLACE AN AD        ☀ 81°

day, the benches around the...



## Explore: Beverly Grove
Your neighborhoods, your news »

Find your neighborhood ▼



**NEWS**   JUL. 14, 2017

### St. James church property in Newport is under bishop's control, judge rules
By **Hillary Davis**

An Orange County Superior Court judge has ruled that Los Angeles Episcopal Bishop J. Jon Bruno has legal control over the St. James the Great church property in Newport Beach, nullifying a claim by the land's donor that it can only be used as a church. The decision basically clears Bruno to sell...



**NEWS**   JUL. 14, 2017

### Unicorn, fried, sweet and hot: We taste the OC Fair food
By **Hannah Fry and Luke Money**

From Flamin' Hot Cheetos cheese fries to a chicken sandwich made with doughnuts and heaped with ice cream, we made our way to the Orange County Fair Friday — stomachs rumbling and antacids at the ready — to taste some of the event's most unconventional gastronomic delights. Our first stop was Chicken...

**NEWS**   JUL. 14, 2017

### Mystery jumper '8booth' sentenced for videotaped leaps in Laguna and Newport

s the masked thrill-seeker "8booth," notorious for videos of his death-defying leaps

**Support Quality Journalism**
Subscribe for only 99¢

START NOW ›

✕



If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.

**Learn More**

www.GlucosamineSupplementSettlement.com

Los Angeles Times

You    0 pts    VS MODE

What is the name of the missile defense system in South Korea?

THAAD

Barrera v. Pharmavite: 300x250
Site: Weather.com

WEATHER    MAPS    SEVERE    VIDEO & PHOTOS    ACTIVITIES    HEALTH    TRAVEL    SIGN UP FOR NEWSLETTER    Login / Sign Up

## HURRICANE NEWS

# Tropical Storm Don Forms in the Atlantic; TS Watches, Warnings Posted for Windward Islands

Jul 17 2017 06:15 PM EDT | weather.com



Ad 1 of 1      Video starts in: 15 seconds

Fueling time varies with hydrogen fueling pressure and ambient temperature.

**Tropical Storm Don Forms in the Atlantic**
Meteorologist Danielle Banks tracks Tropical Storm Don in the Atlantic Ocean which could bring a threat of heavy rain and gusty winds to the Windward Islands.

### Story Highlights

An area of low pressure in the Atlantic has been named Tropical Storm Don.

Tropical storm watches and warnings are in effect for parts of the Windward Islands.

## MOST POPULAR

 World's Weirdest and Most Amazing Bridges (PHOTOS)

 Amazing Road Trips to Take In Every State (PHOTOS)

 Weird And Wonderful Rest Stops Across America

 Which State Has the Rudest Drivers?

If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.

 **Learn More**

www.GlucosamineSupplementSettlement.com

## NBC News



### Why Your Joints Hurt When the Weather Changes
Blame it on the barometric pressure.
ACHES AND PAINS


ACHES AND PAINS


### Do You Live in the Fattest State?
ACHES AND PAINS

See More ›


Highlighting, Contouring, and More—Makeup Hacks You Didn't...
PressRoomVIP

Sponsored Links by Taboola

## MORE HEALTH STORIES


### It's Green, But It's Gross: Why You May Want to Rethink Refilling That Reusable Wat...
*Jul 11, 2017, 11:15 am EDT*
A study on reusable water bottles has some disturbing results.


### Here's a Danger You're Not Thinking About When You Go to the Beach
*Jun 23, 2017, 2:45 pm EDT*
Beach sand may contain pollutants and bacteria that is especially harmful to children.


### New Noninvasive Therapy for Glaucoma
*Jun 14, 2017, 5:15 pm EDT*
Purdue University researchers have a working prototype for a noninvasive glaucoma therapy that relieves pressure on the eyes.


### Nearly 1 in 12 Zika-Affected Pregnancies Result in Serious Birth Defects, CDC Study...
*Jun 14, 2017, 12:30 pm EDT*
Researchers say the virus poses a serious threat to pregnant women and their babies, regardless of when the mother was infected.

Next Page ›


If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.

Learn More

www.GlucosamineSupplementSettlement.com


**The Weather Company**
An IBM Business

  







If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.

**Learn More**

www.GlucosamineSupplementSettlement.com

The Weather Channel   ☀ 75° Del Aire, CA   ➕          🌐 US   °F ▾   🔔     Search city, zip or place  🔍

WEATHER   MAPS   SEVERE   VIDEO & PHOTOS   ACTIVITIES   HEALTH   TRAVEL   **SIGN UP FOR NEWSLETTER**          👤 Login / Sign Up

## Health Minute

### ALL STORIES AND VIDEOS



Molecular MRI Device Inspired by Doctor Who

*Mar 21, 2017, 5:15 pm EDT*

Physicists at Australian National University have designed a prototype for a Doctor Who-like device that identifies and masses molecular composition.



Pregnancy App Gives Mothers and Babies Heart to Heart

*Feb 13, 2017, 1:00 pm EDT*

Bellabeat's Shell is a baby heartbeat listener that allows expectant mothers to bond with and monitor their babies during pregnancy.



MucoJet Tech Delivers Vaccines Without Needles

*Mar 9, 2017, 1:45 pm EDT*

Researchers at UC Berkeley have developed a new pill that can deliver vaccines without the need for needles.



Closeup View Shows Sweat As It Forms

*Mar 7, 2017, 1:15 pm EDT*

Sweat helps lower your temperature as it escapes through pores all around the body.



New Method Rescues Organs to Save Lives

*Mar 6, 2017, 3:20 pm EDT*

Researchers at Columbia University were able to keep pig lungs outside the body alive several more days with a new advanced support system.



Study: Birth Year and Flu Risk Linked





Your Cable Again

layer3tv
the new cable

Make the Switch

More Shows. More Movies. The Most HD.

Everyday Price: $89
NOW $45 MO

For The First 3 Months

LIMITED TIME OFFER

SHOWTIME + epix

Included For The First 3 Months

Restrictions apply. See offer for details.

The Weather

**WebMD**

CHECK YOUR SYMPTOMS    FIND A DOCTOR    FIND LOWEST DRUG PRICES    SIGN IN    SUBSCRIBE

HEALTH A-Z    DRUGS & SUPPLEMENTS    LIVING HEALTHY    FAMILY & PREGNANCY    NEWS & EXPERTS    SEARCH

ADVERTISEMENT

If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.   Learn More
www.GlucosamineSupplementSettlement.com

Drugs & Medications

# Drugs & Medications A-Z

### DRUGS AND MEDICATIONS CENTER

Find a Drug
My Medicine
Pill Identifier
Interaction Checker
Latest Drug News
Find a Vitamin
Find a Pharmacy

### VITAMINS & SUPPLEMENTS CENTER

Find a Vitamin or Supplement
Vitamin Lifestyle Guide
Assess Your Vitamin Needs

### FIRST AID RESOURCES

First Aid Home



**Drugs**   Conditions

## Search Drugs

e.g. aspirin

— OR —

## Browse Drugs                           Find Off-Market Drugs



| A | B | C | D | E | F | G | H | I | J | K | L | M |
| N | O | P | Q | R | S | T | U | V | W | X | Y | Z | 0-9 |

## Common Drugs

Abilify
Read Reviews (1718)

Actos
Read Reviews (647)

Dilaudid
Read Reviews (539)

doxycycline calcium Syrup

OxyContin
Read Reviews (1449)

pantoprazole SODIUM

## TODAY ON WEBMD


**OTC Pain Relief**
What to know when choosing medications.


**See How Local Businesses Around The...**
What is your version of the American dream? See what ha...
Ad By Walmart


**Pharmacy and Medication Tips**
Things to remember when you fill your prescription.


**Medication Side Effects**
Tips for dealing with them.


**Reading Medicine Labels**
How to make sense of them.



**WebMD**

CHECK YOUR SYMPTOMS   FIND A DOCTOR   FIND LOWEST DRUG PRICES

SIGN IN   SUBSCRIBE

HEALTH A-Z | DRUGS & SUPPLEMENTS | LIVING HEALTHY | FAMILY & PREGNANCY | NEWS & EXPERTS

SEARCH

ADVERTISEMENT


If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.   Learn More
www.GlucosamineSupplementSettlement.com

Diet & Weight Management  >  Weight Loss & Obesity  >

# Weight Loss & Obesity



## All About Inches

Do you know how to lose them?



## Weight Loss & Obesity Overview

Being obese means having so much body fat that your health is in danger. Having too much body fat can lead to type 2 diabetes, heart disease, high blood pressure, arthritis, sleep apnea, and stroke.

## Weight Loss & Obesity Center >

**WEIGHT LOSS & OBESITY HOME**

News
Reference
Slideshows
Quizzes
Videos
Message Boards

**WEIGHT LOSS & OBESITY CENTER**

What Is Obesity?
Health Risks of Obesity
4 Types of Weight Loss Surgery
Gastric Bypass Surgery
Weight Loss Surgery: What to Expect
Prescription Weight Loss Drugs

**RELATED TO**

## TODAY ON WEBMD


**Fat Facts**
Test your knowledge of different types.


**An oral Rx treatment for women with**
HR+/HER2- metastatic breast cancer
Advertisement Pfizer


**Prescription Weight Loss Drugs**
What to know before taking them.


**Happy Weight vs. Healthy Weight**
Are they closer than you think?


**Weight Loss Surgery**
What to expect.

personalized treatment for early & late stage prostate cancer

MONDAY, JULY 17, 2017

STAY CONNECTED WITH US  f  t  g+  ℝ

# Counsel&Heal

| Home | News | Physical Wellness | Mental Health | Science/Tech | Drugs/Therapy | Conditions | video |



### Gluten-free Communion: Learn Why The Vatican Reportedly Says No

Learn why the Vatican apparently did not approve of gluten-free communion wafers.

Gluten-free Communion: Learn Why The Vatican Reportedly Says No

John Oliver Just Put The Smack-Down On Anti-Vaxxers

Driking Coffee, Even Decaf May Prolong Life, New Studies Say

Scared Of Needles? This New Flu Patch Will Make Your Day

**FEATURED NEWS**



AdChoices ▷

**If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.**

Learn More

www.GlucosamineSupplementSettlement.com

**DID YOU KNOW?**

### Snorting Chocolate Is Officially A Thing, But Why Would You Want To Try It

Star Cruises
To Tempting Asian Destinations
Up to 40% off   BOOK NOW

## MOST POPULAR NEWS

## Health

FITNESS   FOOD   WEIGHT LOSS   BEAUTY   HEALTH A-Z   SUBSCRIBE   PSORIATIC ARTHRITIS



FROM HKD
1,548++
LUXURY SUITE + BREAKFAST FOR TWO
BOOK NOW
Terms and conditions apply
THE VENETIAN



**CELEBRITIES**

Kim Zolciak-Biermann, 39, Reveals She Is Still Coping with Lingering Effects of 2015 Stroke

4 SECONDS AGO



**CELEBRITIES**

Ariel Winter Slams Critics Accusing Her of 'Squeezing' Into Her Shorts: 'Please Leave Young Women Alone'

13 MINUTES AGO



**ACNE**

This 4-Hour Acne Spot Treatment Actually Works

16 MINUTES AGO



**ADVERTISEMENT**

Nike Air Unlimited - Mens - Black/White/Slate/Ultramarine - only 119.99

LATEST FROM ADVERTISER



AdChoices

If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.

**Learn More**

www.GlucosamineSupplementSettlement.com



CONNECT WITH US     

LOGIN    SIGN UP    SUBSCRIBE

HOME | HEALTH A-Z | DIGESTIVE HEALTH | MENTAL HEALTH | RESPIRATORY HEALTH | FOOD & NUTRITION | OUR EXPERTS | COMMUNITY


If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.
AdChoices
Learn More
www.GlucosamineSupplementSettlement.com



FEATURED VIDEO
5 Reasons Eating Garlic is Great!


SuperStar Virgo China and Japan Cruise Up to 40% off  BOOK NOW

YOU MAY ALSO LIKE


Asthma Symptoms: An Overview


Asthma Treatment: An Overview



CANCER
Breast Cancer Treatment

Breast Cancer Chemotherapy

Prostate cancer
Signs and Symptoms



DIABETES
Understanding Diabetes Part 3
Understanding Diabetes - Part 3

Understanding Diabetes - Part 1

Fighting Diabetes



FOOD & NUTRITION
Herb Supplement and Dangerous Drug Interactions
Herb Supplement and Dangerous Drug Interactions

Facts on Fiber

What You Need to Know





If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.

**Learn More**

www.GlucosamineSupplementSettlement.com



# ❚HUFFPOST❚

    US EDITION

If you bought a glucosamine and/or chondroitin supplement made by Pharmavite LLC, you could get money or free products from a class action settlement.
AdChoices ▷
**Learn More**
www.GlucosamineSupplementSettlement.com

### TOP STORIES



**The Senate Health Care Bill Is Still Not Dead**

 Ex-Trump Adviser Defending Russian Election Meddling Helped Put Putin In Office

 Team Trump's Latest Defense: Collusion Is Good!

 Shock Report: Australian Woman Killed By Police After Calling 911

 Members Of Congress Use 'Game Of Thrones' Premiere To Jab Trump

 Psoriasis: The Top Fighting Foods You Should Be Eating
Sponsored by Remedy Health



## OUR VOTING MACHINES ARE SITTING DUCKS

**15 States Use Voting Machines That Have Been Easily Hackable For Over A Decade**
By Jessica Schulberg    |    3 hours ago




## BOMBSHELL: WOMEN TRAPPED IN R. KELLY 'CULT'

**R. Kelly Allegedly Keeping Young Women In Sexual Assault 'Cult,' Parents Claim**



AdChoices ▷

### TRENDING

 The Pope's New Message: Quit Your Whining

 Joe Scarborough Rips 'Dying' Republican Party In Blistering

## Transportation

**Buses Taxi Etc**

You AUTO Buy Now!
Get our full inventory of new & used cars delivered to your cell.
Text **AutoList1** to **22345**

[Numerous automotive classified listings for Buick, Cadillac, Chevrolet, Toyota, Chrysler, Acura, Honda, Hyundai, Jeep, Kia, Dodge, Ford, Genesis and other vehicles with prices and dealer names including REYNOLDS, Rydell, Thorson Motor Center, Thomas ACURA, PUENTE HILLS HYUNDAI, GLENDORA HYUNDAI, TOYOTA OF GLENDORA, and others.]

### Legal Notice

**If you bought a Pharmavite LLC product containing glucosamine and/or chondroitin, including TripleFlex® and BJ's products made by Pharmavite LLC, you could get money or free products from a class action settlement.**

A settlement has been reached in a class action lawsuit alleging that the glucosamine and/or chondroitin supplements manufactured by Pharmavite LLC ("Pharmavite") or its affiliates, including the TripleFlex products and BJ's products made by Pharmavite (the "Covered Products"), do not provide certain benefits claimed in the labeling. Pharmavite denies these claims and denies it has done anything wrong. Pharmavite stands by the products, their labels and packaging, and their safety and efficacy. Plaintiff does not claim that these products are unsafe or present a health hazard. The Court has not decided in favor of either side.

**Who Is Included?** The "Settlement Class" includes all residents of the United States who, between May 1, 2007 and June 5, 2017 (the "Class Period"), paid money to obtain Covered Products for personal use and not resale or distribution.

**The Settlement Benefits.** Pharmavite has agreed to provide a $1,000,000 monetary fund and $5,900,000 in free product and shipping and handling costs; not to use certain terms in labeling its Covered Products; and to pay $325,000 or more for notice and administration costs, as well as attorneys' fees of up to $3,475,000, expenses up to $600,000, and plaintiff's incentive award up to $10,000.

Settlement Class Members may submit a Claim Form to request money (a "Cash Award") or free products ("Offered Products") plus shipping and handling costs ("Offered Product Benefits"). Settlement Class Members who submit a Valid Claim Form selecting a Cash Award (a) accompanied by proof of purchase can request $25 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or **$100 per household**; or (b) without proof of purchase can request $12.50 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or **$50 per household**. If the total Valid Claim Forms request more than $1,000,000 in Cash Awards, all payments will be reduced on a *pro rata* basis, and the reductions may be fulfilled with Offered Products. Any excess cash which is not needed to pay Valid Claims for Cash Awards will be distributed with *pro rata* increases to all valid cash claimants until all cash is distributed.

Settlement Class Members who do not request a Cash Award or whose Cash Award is not wholly fulfilled from available funds may request Offered Products. These Persons may request up to $25 of Offered Product Benefits for each bottle of Covered Product purchased during the Class Period, **up to a maximum of six bottles of Offered Product Benefits or $150 of Offered Product Benefits per household**, whichever is less.

If necessary, the Settlement Administrator may: modify the type and amount of Offered Products you receive; and utilize an impartial lottery system to allocate reductions or increases to Settlement Class Members who submitted Valid Claims (whether requesting solely a Product Award or requesting a Cash Award that was reduced *pro rata*).

**Your Rights. To request money or free products, Settlement Class Members must submit a properly completed Claim Form, postmarked or submitted online by November 13, 2017. To be excluded from the Settlement Class**, a Person in the Settlement Class must submit a written exclusion postmarked by November 13, 2017. Persons in the Settlement Class who do so will not receive any money or free products, but will retain the right to sue on his/her own regarding these claims. **Settlement Class Members who do not exclude themselves can object to the terms of the settlement** by submitting a written objection postmarked by November 13, 2017. **Settlement Class Members who do nothing**, will not receive any money or products and will be bound by the terms of the settlement. A Fairness Hearing will be held in this case (*Lennan Barrera v. Pharmavite, LLC*, No. 2:11-cv-04153-CAS (AGx)) on December 4, 2017 at 10:00 a.m., to determine the fairness, reasonableness and adequacy of the proposed settlement and to award attorneys' fees and costs. Anyone in the Settlement Class may attend the hearing, but is not required to do so.

This notice is only a summary. For detailed information visit www.GlucosamineSupplementSettlement.com, write to *Barrera v. Pharmavite LLC Settlement Administrator*, P.O. Box 404008, Louisville, KY 40233-4008, or call 1-855-505-1300.

**NOTICE OF AUCTION SALES FOR UNPAID STORAGE**

In accordance with provisions of the Uniform Commercial Code, there being due and unpaid storage and/or service charges owed to Iron Mountain and a warehouseman's lien on the property being stored hereinafter described, and due notice having been given to all parties known to claim an interest therein and the time specified in such notice for payment of such having expired, notice is hereby given that such property will be sold at private auction at Iron Mountain, 1298 Midway Place, Corona, CA 90012 on Tuesday August 15th, 2017 at 11:00 am. Auction of goods to continue until all lots are sold. Only authorized users on the customer's account and corporate officers of the customer are eligible to purchase the customer's records at the auction. If you plan on attending the private Auction or have any questions please contact Iron Mountain at 610-495-4972 or 610-495-4961.

[Followed by extensive list of named accounts and addresses for the storage auction.]

**NOTICE OF AGREEMENT TO PURCHASE TAX-DEFAULTED PROPERTY FOR DELINQUENT TAXES**
**AGREEMENT NUMBER 2727**

NOTICE IS HEREBY GIVEN, in accordance with the provisions of Division 1, Part 6, Chapter 8 of the California Revenue and Taxation Code (and the written authorization of the State Controller) that an agreement, a copy of which is on file in the office of the Board of Supervisors of Los Angeles County, has been made between said Board of Supervisors and the Los Angeles County Flood Control District, approved by the State Controller, whereby the County of Los Angeles will sell to the Los Angeles County Flood Control District under the terms set forth in said agreement, the real property hereinafter described which is Subject to the Tax Collector's Power to Sell.

That unless redeemed before the date and time of the effective agreement date stated below, which is not less than 21 days after the date of the first publication of this notice, as required by law, the undersigned Treasurer and Tax Collector pursuant to said agreement, will sell said property to the Los Angeles County Flood Control District.

The effective date of the agreement will be on Monday, August 14, 2017, at 5:01 P.M. (Pacific Time).

If the property is sold, parties of interest, as defined in Section 4675 of the California Revenue and Taxation Code, have a right to file a claim with the County for any proceeds from the sale, which are in excess of the liens and costs required to be paid from the proceeds. If excess proceeds result from the sale, Treasurer and Tax Collector will give notice of parties of interest pursuant to law.

If redemption of the property is not made according to law before the property is sold, the right of redemption will cease. Information concerning redemption of the property listed herein will be furnished, upon request, by JOSEPH KELLY, Los Angeles County Treasurer and Tax Collector, 225 North Hill Street, Room 130, Los Angeles, California 90012. The real property covered by said Agreement is located in the County of Los Angeles, State of California, and is described as follows, to wit:

2561-029-008

ASSESSED TO:   JOE E MATKE

OFFICIAL MAP OF LOS ANGELES COUNTY AS PER BK 2 PG 49 TO 56 OF O M LOT 8 BVL 117 REG 18

DATED THIS 27TH DAY OF JUNE, 2017

JOSEPH KELLY, TREASURER AND TAX COLLECTOR
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
Publish July 24, 31, Aug 7, 2017

**NOTICE OF AUCTION SALES FOR UNPAID STORAGE** (DAILY NEWS)

[Extensive list of named self-storage auction accounts, addresses, and company names across California including Beverly Hills, Century Park East, Los Angeles and other locations. Publish July 24, 31, 2017.]

## At Your Service
Your Guide to Home Repair and Other Service Professionals

Services — Advertising Services
Child Care — Pre Schools
Handyman Services
Word Processing — IMPORTANT NOTICE TO READERS AND ADVERTISERS
Plumbing — WESTERN PLUMBING SOLUTION
Electrical — Electrician For Hire
Air Condition & Heating Services — CENTRAL AIR REPAIR & INSTALLATION
Bail Bonds

Place your ad at dailynews.com

SHOPPING  DINING  THEATER  ART  MOVIES  CONCERTS  FESTIVALS  **HIKING**

Your Hot Spot for Local Entertainment!

# SPOTLIGHT
## Your Guide to Go & Do!

Every Friday and Sunday, our new "Spotlight" sections feature expanded coverage of the local arts & entertainment scene designed to help you plan, enjoy and make the most of your week.

From here to Hollywood, this includes even more exclusive, in-depth reporting on the huge variety of local and regional attractions – everything from Red-Carpet premieres, to concerts, festivals and neighborhood gems.

Written by and for locals, Spotlight is your ultimate guide to "Go & Do." Plan your weekend fun with Friday's Spotlight and chart your week ahead with Sunday's.

See what's in the **SPOTLIGHT** every Friday & Sunday!

**DAILY NEWS**

Here's what you'll find every week:

★ unique local events & comprehensive listings
★ personalities & behind-the-scene profiles
★ concert, music & movie reviews
★ local food, dining & nightlife coverage
★ hiking, biking & outdoor adventures
★ online blogs, videos & updates

# MORE

Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice

Legal Notice

# If you bought a Pharmavite LLC product containing glucosamine and/or chondroitin, including TripleFlex® and BJ's products made by Pharmavite LLC, you could get money or free products from a class action settlement.

A settlement has been reached in a class action lawsuit alleging that the glucosamine and/or chondroitin supplements manufactured by Pharmavite LLC ("Pharmavite") or its affiliates, including the TripleFlex products and BJ's products made by Pharmavite (the "Covered Products"), do not provide certain benefits claimed in the labeling. Pharmavite denies these claims and denies it has done anything wrong. Pharmavite stands by the products, their labels and packaging, and their safety and efficacy. Plaintiff does not claim that these products are unsafe or present a health hazard. The Court has not decided in favor of either side.

**Who Is Included?** The "Settlement Class" includes all residents of the United States who, between May 1, 2007 and June 5, 2017 (the "Class Period"), paid money to obtain Covered Products for personal use and not resale or distribution.

**The Settlement Benefits.** Pharmavite has agreed to provide a $1,000,000 monetary fund and $5,900,000 in free product and shipping and handling costs; not to use certain terms in labeling its Covered Products; and to pay $325,000 or more for notice and administration costs, as well as attorneys' fees of up to $3,475,000, expenses up to $600,000, and plaintiff's incentive award up to $10,000.

Settlement Class Members may submit a Claim Form to request money (a "Cash Award") or free products ("Offered Products") plus shipping and handling costs ("Offered Product Benefits"). Settlement Class Members who submit a Valid Claim Form selecting a Cash Award (a) accompanied by proof of purchase can request $25 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or **$100 per household**; or (b) without proof of purchase can request $12.50 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or **$50 per household**. If the total Valid Claim Forms request more than $1,000,000 in Cash Awards, all payments will be reduced on a *pro rata* basis, and the reductions may be fulfilled with Offered Products. Any excess cash which is not needed to pay Valid Claims for Cash Awards will be distributed with *pro rata* increases to all valid cash claimants until all cash is distributed.

Settlement Class Members who do not request a Cash Award or whose Cash Award is not wholly fulfilled from available funds may request Offered Products. These Persons may request up to $25 of Offered Product Benefits for each bottle of Covered Product purchased during the Class Period, **up to** a maximum of **six bottles of Offered Product Benefits or $150 of Offered Product Benefits per household**, whichever is less.

If necessary, the Settlement Administrator may: modify the type and amount of Offered Products you receive; and utilize an impartial lottery system to allocate reductions or increases to Settlement Class Members who submitted Valid Claims (whether requesting solely a Product Award or requesting a Cash Award that was reduced *pro rata*).

**Your Rights. To request money or free products, Settlement Class Members must submit a properly completed Claim Form, postmarked or submitted online by November 13, 2017. To be excluded from the Settlement Class**, a Person in the Settlement Class must submit a written exclusion postmarked by November 13, 2017. Persons in the Settlement Class who do so will not receive any money or free products, but will retain the right to sue on his/her own regarding these claims. **Settlement Class Members who do not exclude themselves can object to the terms of the settlement** by submitting a written objection postmarked by November 13, 2017. **Settlement Class Members who do nothing**, will not receive any money or products and will be bound by the terms of the settlement.

A Fairness Hearing will be held in this case (*Lorean Barrera v. Pharmavite, LLC*, No. 2:11-cv-04153-CAS (AGrx)) on December 4, 2017 at 10:00 a.m., to determine the fairness, reasonableness and adequacy of the proposed settlement and to award attorneys' fees and costs. Anyone in the Settlement Class may attend the hearing, but is not required to do so.

This notice is only a summary. For detailed information visit www.GlucosamineSupplementSettlement.com, write to *Barrera v. Pharmavite LLC* Settlement Administrator, P.O. Box 404008, Louisville, KY 40233-4008, or call 1-855-505-1300.

## LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY (METRO)

Metro will receive Proposals for **RFP No. OP39497-2 Currency Processing Services** per specifications on file at the Office of Procurement, One Gateway Plaza, Los Angeles, CA 90012 (9th Floor).

All Bids/Proposals must be submitted to Metro, and be filed at the reception desk of the Office of Procurement on or before **2:00 p.m. on Monday, August 18, 2017** Pacific Time. Proposals received after the above date and time may be rejected and returned unopened. Each Proposal must be sealed and marked RFP No. OP39497-2 Currency Processing Services. A Pre-Pre-Proposal conference will be held on **July 31, 2017 in the Union Station Conference room on the 3rd floor** located at the address above.

7/24/17

**CNS-3032977#**

**DAILY NEWS LOS ANGELES**

## STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES REAL ESTATE SERVICES DIVISION PROJECT MANAGEMENT AND DEVELOPMENT BRANCH

## ADVERTISEMENT FOR BIDS

STATEWIDE FACILITY ELECTRICAL UPGRADE PROGRAM (EVSE)
FACILITIES MANAGEMENT DIVISION
LOS ANGELES COUNTY, CALIFORNIA
PROJECT NUMBER 141383

RONALD REAGAN BUILDING, 300 S. SPRING ST
JUNIPERO SERRA BUILDING, 320, W. 4TH ST
VAN NUYS BUILDING, 6150 VAN NUYS BLVD

Project comprises labor, material and services necessary for: Installation of duplex power receptacles for Electric Vehicle Supply Equipment (EVSE). Contractor shall provide and install the wiring devices including all required associated items for a complete and operational system. Contractor shall also provide the required saw cutting, trenching, backfilling and finishing of the affected lot surface and restore to original condition

License required to bid the project: **A or C-10**

Successful bidder shall furnish payment and performance bonds, each in the amount of 100 percent of the Contract price.

Prospective bidders must attend the **mandatory pre-bid site inspection tour on August 1, 2017** for all three (3) sites at 6150 Van Nuys Blvd, Van Nuys, CA 91401. Inspection tour will begin at **9:00 AM** at the Visitors Entrance. The State's requirements for Disabled Veteran Business Enterprise (DVBE) participation and other Contract requirements will be presented. Prime Contractors are encouraged to have their **Key Administrator and DVBE office coordinator** attend to receive this information and to have their questions answered.

Bid forms will be available for download the day of the mandatory pre-bid site inspection at http://caleprocure.ca.gov. Click on "Get Public Procurement Information" and the "See Current Bids". In the Event Name field, enter the project number and click search.

Bidders may view and order secure Drawings and Project Manuals on the following web site: http://www.ospplanroom.com. Click on the "Public Jobs" link listed below the "Menu" heading on the left.

Alternatively, bidders may place an order by contacting Office of State Publishing, 344 North Seventh Street, Sacramento, CA 95811; Telephone (916) 445-5386.

Drawings and Project Manual may also be viewed through Builders' Exchanges. Refer to the Plan Holders List tab on the plan room website identified above for specific locations.

Bid opening will be August 11, 2017 at 2:00 PM, at: 707 Third Street, 2nd Floor, West Sacramento, California 95605. The State's estimated cost: $400,000.00. The term of this project is 90 calendar days. The State's Project Director is Conrad Lewis at (916) 376-1630.

The Bid Tabulation web posting can be viewed at https://caleprocure.ca.gov/pages/bidder-vendor.aspx. Click Search All Bids and input search criteria.

7/17, 7/24/17

**CNS-3031322#**

**DAILY NEWS LOS ANGELES**

## (DAILY NEWS) NOTICE OF AUCTION SALES FOR UNPAID STORAGE

In accordance with provisions of the Uniform Commercial Code, there being due and unpaid storage and/or service charges owed to Iron Mountain and a warehouseman's lien on the property being stored hereinafter described, and due notice having been given to all parties known to claim an interest therein and the time specified in such notice for payment of such having expired, notice is hereby given that such property will be sold at private auction at **Iron Mountain, 12958 Midway Place, Cerritos CA 90703** on **Tuesday August 15th, 2017 at 11:00 am.** Auction of goods to continue until all lots are sold. Only authorized users on the customer's account and corporate officers of the customer are eligible to purchase the customer's records at the auction. If you plan on attending the private Auction or have any questions please contact Iron Mountain at 610-495-4972 or 610-495-4961.

The following is a brief description of the property to be auctioned: Personal and business records, and other items that are of a similar nature, stored by the following customers:

BET HOLDINGS, INC. 1840 CENTURY PARK EASTSUITE 600LOS ANGELES, CA 90067-2106
EDAW 515 S FLOWER ST 3RD FLOOR LOS ANGELES CA 90071-2201
INSTITUTE OF IMT/GIAMMATTEO FAMILY 8540 SOUTH SEPULVEDA BLVD SUITE 702 LOS ANGELES CA 90045
UNX, INC. 175 EAST OLIVE 2ND FLOOR 2ND FLOORBURBANK CA 91502
RHI ENTERTAINMENT LLC 4201 WILSHIRE BLVD. SUITE 304 LOS ANGELES CA 90010-3601
MCGLADREY LLP. 575 ANTON BLVD 11TH FLOOR COSTA MESA CA 92626-7169
OIRM 10920 WILSHIRE BLVD SUITE 860 LOS ANGELES CA 90024-3986
STAGE THREE MUSIC 1745 BROADWAY 19TH FLOOR NEW YORK NY10019
FONDA & FRASER, LLP 100 WEST BROADWAY, SUITE 650 GLENDALE CA 91210-1212
PAYMENT SYSTEMS CORP PO BOX 71409 LOS ANGELES CA 90071-8409
DIAMOND CONTRACT SERVICE 3636 NOBEL DR STE 401 SAN DIEGO CA 92122-1042
NASTY GAL 523 W 6TH STREET SUITE 330 LOS ANGELES CA 90014-1227
DAYMARK REALITY ADVISORS INC PO BOX 7369 NEWPORT BEACH CA 92658-7369
LAGUNA NIGUEL MRI PO BOX 91689 LONG BEACH CA 90809-1689
PERASCOPE PICTURES 15624 ROXFORD ST SYLMAR CA 91342-1265
DENNIS P BLOCK & ASSOCIATES 15624 ROXFORD ST SYLMAR CA 91342-1265
G.L.A.S.S. C/O DANNING, G D & K 15624 ROXFORD ST SYLMAR CA 91342-1265
LAW OFFICE OF DELLER & EDGAR 15624 ROXFORD ST SYLMAR CA 91342-1265
KIRLIN, CAMPBELL, & KEATING 15624 ROXFORD ST SYLMAR CA 91342-1265
PACIFIC HOME LOANS 15624 ROXFORD ST SYLMAR CA 91342-1265
C.M. MEIERS COMPANY, INC 21820 CALABASAS ROAD SUITE 300 WOODLAND HILLS CA 91367
S. BARRETT INSURANCE AGENCY, INC 2775 TAPO ST SUITE 203 SIMI VALLEY CA 93063
SCOTT, ROBERT J. INC 500 N OAK ST INGLEWOOD CA 90302
ROELKE, KENNETH B. INC 2355 WESTWOOD BLVD. SUITE 403 LOS ANGELES CA 90064
NEWSROOM SANTA MONICA, INC. 530 WILSHIRE BLVD. SUITE 103 SANTA MONICA CA 90401
KLINE, LISA INC 14424 DICKENS ST # 6 SHERMAN OAKS CA 91423-4008
ESTATE OF IRWIN GARFIELD 4404 VERDUGO AVENUE UNIT C BURBANK CA 91505
LHP LIQUIDATING TRUST 65 LIVINGSTON AVE ROSELAND NJ 7068
EMERGENT GAMES TECHNOLOGY 5016 PARKWAY CALABASAS STE 210 CALABASAS CA 91302
ARROWHEAD ESCROW 935 S. MOUNT VERNON AVE SUITE 101 COLTON CA 92324
GOLDEN MANAGEMENT ACCOUNTING 5245 E. SANTA ANA CANYON ANAHEIM CA 92807
SILVERCREST REALTY, INC. 22800 SAVI RANCH PKWY SUITE 110A YORBA LINDA CA 92887
KRISTAL, BARBARA LAW OFFICE OF 69730 HIGHWAY 111 SUITE 209 RANCHO MIRAGE CA 92270
PRIME ONE FINANCIAL 41911 FIFTH STREET SUITE 302 TEMECULA CA 92590
CLEPPER, MICHAEL H. LAW OFFICE 4136 10TH ST RIVERSIDE CA 92501
REED, KENNETH ALAN., ATTORNEY 406 WEST FOURTH STREET SANTA ANA CA 92701
MADISON MARQUETTE 10250 CONSTELLATION BLVD 23RD FLOOR LOS ANGELES CA 90067
JONES HIRSCH CONNORS & BULL P.C. 88 PINE ST STE 2100 NEW YORK NY 10005-1811
BAMBI HOLZER FINANCIAL GROUP PO BOX 1585 PACIFIC PALISADES CA 90272-1585
NEWELL CAMPBELL & ROCHE, LLP 520 S. GRAND AVENUE SUITE 390 LOS ANGELES CA 90071-2600
LAW OFF. OF KENNETH G. GRIFFIN PO BOX 41707 LOS ANGELES CA 90041-0707
THEODORE COHEN ESQUIRE 3701 WILSHIRE BLVD STE 535 LOS ANGELES CA 90010-2831
SPENCER/HOSKINS ASSOCIATES 955 OVERLAND COURT SUITE 100 SAN DIMAS CA 91773-1746
KOHRS & FISKE 3250 OCEAN PARK BLVD STE 130 SANTA MONICA CA 90405-3280
CC-OPS 600 CORPORATE POINT SUITE 1010 CULVER CITY CA 90230-7600
LAW OFF. OF LAURENCE STRENGER C/O AMPTON BCS INVESTMENTS, LP 885 THIRD AVE. FLOOR 31 NEW YORK NY 10022
REAL FOOD DAILY 1964 WESTWOOD BLVD STE 420 LOS ANGELES CA 90023
COHEN & LORD 1801 CENTURY PARK EAST SUITE 2600 CENTURY CITY CA 90067-2352
247 COMMERCIAL MARKETING INC. 13428 MAXELLA AVE STE 563 MARINA DEL REY CA 90292-5620
SHERWOOD FUTURES GROUP 269 S. BEVERLY DR. PMB# 1151 BEVERLY HILLS BEVERLY HILLS CA 90212
RWR HOMES, INC. 889 PIERCE CT STE 103 THOUSAND OAKS CA 91360-6098
THE LAW OFFICE OF RORY CLARK 30699 RUSSELL RANCH RD STE 215 WESTLAKE VLG CA 91362-7375
CHARLES B. CAREY LAW OFFICES PO BOX 3658 C/O KNUTSON LAW PC DANA POINT CA 92629-8658
DEEANN R. NEWMAN LAW 1913 E 17TH STREET SUITE 212 SANTA ANA CA 92705-8627
JOHN M. GANTUS-ATTORNEY AT LAW 100 WEST BROADWAY SUITE 600 GLENDALE CA 91210
CJR MIRANDA PO BOX 3827 GLENDALE CA 91221

Publish July 24, 31, 2017

## (DAILY NEWS) REQUEST FOR QUALIFICATIONS

Huitt-Zollars, Inc., a multi-discipline AE firm, is seeking certified MBE/WBE/DBE/DVBE/SBE firms interested in teaming as sub-consultant for the County of LA DPW RFP (#AED7740093) Rancho Los Amigos Executive Campus Planner Design and Construction Administration Services. Information and RFP may be obtained upon request or may be downloaded from the LA County DPW website: **http://dpw.lacounty.gov/general/contracts/opportunities/** Interested firms may respond by submitting firm qualifications, proposed key staff resumes, rate sheets and proof of agency certification to Kathy Ito, by email at **kito@huitt-zollars.com**. Statement of qualifications must be received by July 27, 2017, to be considered.

Publish July 24, 25, 2017

## NOTICE OF AGREEMENT TO PURCHASE TAX- DEFAULTED PROPERTY FOR DELINQUENT TAXES

**AGREEMENT NUMBER 2727**

NOTICE IS HEREBY GIVEN, in accordance with the provisions of Division 1, Part 6, Chapter 8 of the California Revenue and Taxation Code (and the written authorization of the State Controller) that an agreement, a copy of which is on file in the office of the Board of Supervisors of Los Angeles County, has been made between said Board of Supervisors and the Los Angeles County Flood Control District, approved by the State Controller, whereby the County of Los Angeles will sell to the Los Angeles County Flood Control District under the terms set forth in said agreement, the real property hereinafter described which is Subject to the Tax Collector's Power to Sell.

That unless redeemed before the date and time of the effective agreement date stated below, which is not less than 21 days after the date of the first publication of this notice, as required by law, the undersigned Treasurer and Tax Collector, pursuant to said agreement, will sell said property to the Los Angeles County Flood Control District.

The effective date of the agreement will be on Monday, August 14, 2017, at 5:01 P.M. (Pacific Time).

If the property is sold, parties of interest, as defined in Section 4675 of the California Revenue and Taxation Code, have a right to file a claim with the County for any proceeds from the sale, which are in excess of the liens and costs required to be paid from the proceeds. If excess proceeds result from the sale, Treasurer and Tax Collector will give notice to parties of interest, pursuant to law.

If redemption of the property is not made according to law before the property is sold, the right of redemption will cease. Information concerning redemption of the property listed herein will be furnished, upon request, by JOSEPH KELLY, Los Angeles County Treasurer and Tax Collector, 225 North Hill Street, Room 130, Los Angeles, California 90012. The real property covered by said Agreement is located in the County of Los Angeles, State of California, and is described as follows, to wit:

**2561-029-008**

ASSESSED TO: JOE E MATKE

OFFICIAL MAP OF LOS ANGELES COUNTY AS PER BK 2 PG 49 TO 56 OF O M LOT 8 DIV 117 REG 18

DATED THIS 27TH DAY OF JUNE, 2017

JOSEPH KELLY, TREASURER AND TAX COLLECTOR

CN940004 AGREEMENT NO. 2727 Jul 24,31, Aug 7, 2017

## Commercial Real Estate

### Industrial Property Lease

**SANTA CLARITA** Sylmar & Acton Tow & M-1 Contractor's Yards and Buildings (800) 334-1374 or (661) 857-3315

## Homes For Sale

### Homes Sale

**FAIR HOUSING NOTICE**

All roommates and real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, disability, familial status or national origin or intention to make any such preferences, limitation or discrimination. The Daily News will not knowingly accept any advertising for roommates or real estate which is in violation of the law. If you have any questions or believe that you have been discriminated against, you may call the Department of Housing & Urban Development at **1 (800) 347-3739**

## Rentals

### Unfurnished Apts

GRANADA HILLS 2 Bedroom + 2 Bathroom Central Air & Heat, Fireplace, Laundry Room. Gated Building. 2 Car Parking **818-366-2466** No Pets

WEST HILLS 1 BDRM 1 BATH Central Air, Dishwasher Stove, Fireplace, Gated Parking. No Pets. Call 8am - 5pm $1,200/ month 818-348-6642

### Condo Twnhs Rentals

**CANOGA** PARK Remodeled, Spacious 2+2. Air, gated, pool, spa. Laundry facility. Great neighborhood. $1650 (951) 255-1880

Something to SELL? We're waiting for your call! 888.883.7355 Los Angeles Daily News www.dailynews.com Classifieds

## Rentals

### Other Rentals

### Motels Hotels

**VINE LODGE HOTEL** 1818 N. Vine St. Los Angeles 90028 $60 & up Daily $260 & up Weekly **323/464-9661**

### Rooms for Rent

**Porter Ranch** Gorgeous furnished rms. $499 & $699 818-366-1826 818-877-3515 / 631-1776

**Reseda** AL'S HOME $135/Week Also Los Angeles & Granada Hills (818) 881-0073

## Transportation

### Buses Taxi Etc

You AUTO Buy Now! Get our full inventory of new & used cars delivered to your cell. Text Autos411 to 22345

### Sports Utility Vehicle

Chevrolet'13 Traverse LT (DJ127739) $17,476 (888)556-8214 Rydell

Ford'14 Expedition XLT (EEF00777) $29,421 (888)556-8214 Rydell

### Trucks

Chevrolet'15 Equinox LT FZ138807 $17,998 (888)556-8214 Rydell

Chevrolet'15 Tahoe LT (FR173480) $42,965 (888)556-8214 Rydell

Nissan'16 Frontier SV (GN771761) $19,965 (888)556-8214 Rydell

### Trucks

Ram'16 1500 SLT (GS229202) $27,965 (888)556-8214 Rydell

### Autos For Sale

'15 CHRYSLER 200 Prior Rental $11,798 (8721) 626-795-8851 Thorson Motor Center

BMW 2012 MINI DEL $13,495 (388082) Ask for Jeff or Frometa (310) 378-0211 Martin CHEVROLET.COM

BUICK '16 ENCORE (957291) $16,998 626-795-8851 Thorson Motor Center

Buick'17 Regal (H9110319) $17,421 (888)556-8214 Rydell

Buick '17 Regal Sport 2 at this Offer $18,950 626-966-4461 REYNOLDS "Since 1915"

Buick '17 Verano Sport 5 at this Offer $16,950 626-966-4461 REYNOLDS "Since 1915"

Chevrolet'01 Corvette FF299421 $18,454 (888)556-8214 Rydell

Chevrolet'14 Spark EV (EC425814) $7,454 (888)556-8214 Rydell

Chevrolet'14 Volt EU159495 $15,476 (888)556-8214 Rydell

Chevrolet'16 Cruze LT (G7161096) $12,965 (888)556-8214 Rydell

### Autos For Sale

Chevrolet'16 Impala LT (G9134832) $17,487 (888)556-8214 Rydell

Chevrolet'16 Malibu LTZ (GF150593) $14,965 (888)556-8214 Rydell

CHEVROLET 2008 IMPALA $8,995 (237143) Ask for Jeff or Frometa (310) 378-0211 Martin CHEVROLET.COM

CHEVROLET 2013 CRUZE $9,450 (131466) Ask for Jeff or Frometa (310) 378-0211 Martin CHEVROLET.COM

CHEVROLET 2016 IMPALA $14,495 (122266) Ask for Jeff or Frometa (310) 378-0211 Martin CHEVROLET.COM

CHEVY '14 SPARK LT (443576) $6,999 GLENDORA HYUNDAI (909) 394-3500

CHEVY '16 Impala LT Prior Rental (8692) $12,798 626-795-8851 Thorson Motor Center

Chevy '17 CRUZE 3 at this Offer $14,950 626-966-4461 REYNOLDS "Since 1915"

CHEVY AVEO '11 #134477 $7,250 GLENDORA CHEVROLET 855-300-9190

CHEVY CURZE '14 #207782 $11,000 GLENDORA CHEVROLET 855-300-9190

CHEVY SONIC LT '12 #182535 $9,000 GLENDORA CHEVROLET 855-300-9190

### Autos For Sale

Dodge'12 Challenger R/T (CH176944) $22,454 (888)556-8214 Rydell

DODGE '12 GRAND CARAVAN SE (419446) $11,500 GLENDORA HYUNDAI (909) 394-3500

Dodge '14 Grand Caravan SXT 1 at this Offer (302135) $13,950 626-966-4461 REYNOLDS "Since 1915"

DODGE '16 GRAND CARAVAN Prior rental (250012) $17,798 626-795-8851 Thorson Motor Center

DODGE 2015 CARAVAN $20,995 (738639) Ask for Jeff or Frometa (310) 378-0211 Martin CHEVROLET.COM

FORD '17 Fusion SE 3 at this Offer $14,950 626-966-4461 REYNOLDS "Since 1915"

FORD ESCAPE XLS '12 #A02318 $9,500 GLENDORA CHEVROLET 855-300-9190

HONDA '06 ACCORD SE (06865) $7,000 GLENDORA HYUNDAI (909) 394-3500

HONDA '12 CIVIC LX (578346) $9,000 GLENDORA HYUNDAI (909) 394-3500

HONDA INSIGHT EX '12 #000511 $9,499 GLENDORA CHEVROLET 855-300-9190

HYUNDAI '11 ELANTRA (120867) $9,000 GLENDORA HYUNDAI (909) 394-3500

### Autos For Sale

Hyundai'13 Elantra LTD DU517362 $9,476 (888)556-8214 Rydell

HYUNDAI '14 ELANTRA (150842) $11,300 GLENDORA HYUNDAI (909) 394-3500

Hyundai '15 Elantra SE Prior Rental (8697) $11,998 626-795-8851 Thorson Motor Center

Hyundai '17 SONATA SE 5 at this Offer $16,950 626-966-4461 REYNOLDS "Since 1915"

HYUNDAI 2014 VELOSTAR $14,495 (200511) Ask for Jeff or Frometa (310) 378-0211 Martin CHEVROLET.COM

HYUNDAI ACCENT SE '16 (5767U) $11,900 TOYOTA OF GLENDORA 800-778-9748

HYUNDAI SONATA '15 (5392U) $12,999 TOYOTA OF GLENDORA 800-778-9748

INFINITI G35 '07 #702065 $11,000 GLENDORA CHEVROLET 855-300-9190

JEEP '17 Cherokee LTD 1 at this Offer $18,950 626-966-4461 REYNOLDS "Since 1915"

### Autos For Sale

KIA SOUL HB '13 (5727U) $12,900 TOYOTA OF GLENDORA 800-778-9748

KIA SPORTAGE '11 (5669U) $10,698 TOYOTA OF GLENDORA 800-778-9748

Mazda'15 Miata F0241159 $18,987 (888)556-8214 Rydell

MAZDA3 I '16 (5810U) $13,500 TOYOTA OF GLENDORA 800-778-9748

Mercedes'10 GLK (AF484506) $17,498 (888)556-8214 Rydell

MERCEDES -BENZ E-CLASS '03 #337840 $8,000 GLENDORA CHEVROLET 855-300-9190

Mini Coooer'13 S (DT394086) $12,987 (888)556-8214 Rydell

NISSAN '12 ROGUE S (285418) $10,998 GLENDORA HYUNDAI (909) 394-3500

NISSAN '15 VERSA NOTE HB (417714) $9,500 GLENDORA HYUNDAI (909) 394-3500

At Your Service Your Guide to Home Repair and Other Service Professionals

## Services

### Advertising Services

DailyNews.Com/Classifieds Find An Ad - Place An Ad Email: ClassifiedAds@DailyNews.com

### Air Condition & Heating Services

**CENTRAL AIR REPAIR & INSTALLATION** Any makes, split system specialist. AOD 453243 24 hour service 818-700-9632

### Bail Bonds

One call away from being home. 3% down. Payment plans. Collect calls accepted. **213-328-5959** **Available 24/7 CALL NOW**

Nobody covers the Valley like the Daily News

## Services

### Advertising Services

### Child Care Pre Schools

**NOTICE** **The** Daily News will only accept advertising from licensed child care providers. Your license number must be provided and on file. For information or questions regarding licensing, contact the Los Angeles County Department of Social Services (310) 337-4333

### Handyman Services

**#1 HANDYMAN SERVICE Kitchen/Bath Remodels Home Repairs from A to Z** Plumbing, Electrical Paint, Floors, Fences Doors/windows replaced **License #802632 Free estimates !!! Jesse 818-625-2609.**

### Plumbing

**24/7 Emergency Response** The Helping Hands Bros. Plumbing & Rooter Service 1.888.409.6996 Any Drain Any Time Only $34.99 TheHelpingHandBros.com License #953689

### Plumbing

**Never** An Overtime Charge 24/7 Emergency Response Steadfast Plumbing Plumbing & Rooter Service 1-877-855-7297 Drain Cleaning Only $30 License # 991216

**WESTERN PLUMBING SOLUTION** Drain Cleaning & Repairs. Hydro Jetting & Video Inspection Services Available Low Rates 24 Hour On Call Lic **1016112** **818-744-8660**

### Word Processing

**IMPORTANT NOTICE TO READERS AND ADVERTISERS**

California Law requires that contractors taking jobs that total $500.00 or more (labor and/or materials) be licensed by the Contractors State License Board. State law also requires that contractors include their license number on all advertising. Check your contractor's status at www.cslb.ca.gov or 800-321-CSLB (2752) Unlicensed persons taking jobs that total less than $500 must state in their advertisements that are not licensed by the Contractors State License Board.

# Where publishers go to print

SCNG Printing is a full-service printing and production company that specializes in unparalleled customer service, quick turnaround times and the quality our customers demand. And now as part of Southern California News Group, one of the nation's premiere local publishing companies, we are in the unique position of being able to offer competitive pricing to all of our clients on every job we produce.

SCNG Printing specializes in the web-offset printing of:

Magazines · Catalogs, directories & digests · Tabloids & broadsheet newspapers (weekly & monthly publications) · High-volume flyers · And more!

Visit our website today or call 714.704.5857 and find out why more top publishers are choosing us for quality, creativity and superior results.

SCNG PRINTING scngprinting.com A division of Southern California News Group

MONDAY, AUGUST 7, 2017

| Legal Notice | Legal Notice | Legal Notice | Legal Notice |

**Rentals**

Other Rentals

Motels Hotels

**VINE LODGE HOTEL**
1818 N. Vine St.
Los Angeles 90028
$60 & up Daily
$260 & up Weekly
323/464-9661

**Rooms for Rent**

**Porter Ranch**
Gorgeous furnished
rms, $499 & $599
(818)366-1826, (818)576-
7454 (818)877-3515

**Reseda** AL'S HOME
$135/Week Also Los
Angeles & Granada
Hills (818) 881-0073

Something to
**SELL?**

We're waiting for
your call!
888.883.7355

**Los Angeles Daily News**
www.dailynews.com

**Classifieds**

**FAIR HOUSING NOTICE**
All roommates
and real estate
advertised herein
is subject to the
Federal Fair
Housing Act,
which makes
it illegal to
advertise any
preference,
limitation or
discrimination
based on race,
color, religion,
sex, disability,
familial status or
national origin or
an intention to make
any such
preferences,
limitation or
discrimination.
The Daily News
will not knowingly
accept any
advertising for
roommates or
real estate which
is in violation of
the law. If
you have any
questions or
believe that you
have been
discriminated
against, you may
call the
Department of
Housing & Urban
Development at
1 (800) 347-3739

**Transportation**

Buses Taxi Etc

**You AUTO Buy Now!**
Get our full
inventory of new &
used cars delivered
to your cell.
Text Auto411
to 22345

Sports Utility Vehicle

ACURA '08
RDX BASE
(002T21) $19,997
Thomas ACURA
1-626-915-1602

ACURA '97
INTEGRA
(000338) $9,990
Thomas ACURA
1-626-915-1602

BMW '99
328i
(L774S4) $10,892
(086)556-8214
Thomas ACURA
1-626-915-1602

**Toyota'12 RAV4**
(CW189934)
$10,920
888/556-8214
**Rydell**

**Toyota'14 4Runner**
(E517434)
$34,943
888/556-8214
**Rydell**

**Trucks**

**Ram'16 1500 SLT**
(GG229392)
$31,670
888/556-8214
**Rydell**

**Autos For Sale**

'01 Lincoln Towncar
Looks/runs beautiful.
A/C, 200K miles. $2500.
$1600 OBO. Reseda
310-855-4735

'15 CHRYSLER 200
Premier Partial
$10,998
(9F223)
626-795-8851
Thorson Motor Center

At Your **Service**

Your Guide to Home Repair and Other Service Professionals

Services | Services

Advertising Services | Advertising Services

**DailyNews.com/Classifieds**
Find An Ad - Place An Ad
Email: Classifieds@DailyNews.com

Air Condition & Heating Services

**CENTRAL AIR REPAIR & INSTALLATION**
Any makes, split
system specialist.
A/C 822643
24 hour service
818-790-9632

Bail Bonds

One call away from
being home.
3% down. Payment
plans. Collect calls
accepted.

213-328-5959

Available 24/7
CALL NOW

Shop online
for your
next vehicle
**Daily News**
dailynews.com/autos

Child Care

Pre Schools

**NOTICE**
The Daily News will
only accept advertis-
ing from licensed
child care provid-
ers. Your license
number must be
provided and on
file. For information
or questions re-
garding licensing,
contact the
Los Angeles County
Department of
Social Services
(310) 337-4333

Electrical

**Electrician** For Hire
Service-Work Really
12 Years Experience!
Will Work Weekends
Honest, Reliable, host!
Reasonable Rates!
License #453243
Call 818-402-7186

Handyman Services

#1 HANDYMAN SERVICE
Kitchen/Bath Remodels
Home Repairs
from A to Z
Plumbing, Electrical,
Paint, Floors, Fences
Doors/windows replaced.
Lic#914041
Free estimates !!!
Jesse 818-625-2609

Plumbing

**WESTERN PLUMBING SOLUTION**
Drain Cleaning
& Repairs, Hydro
Jetting & Video
Inspection Serv-
ices Available
Low Rates 24 Hour
On Call Lic 1016112
818-744-0660

Word Processing

**IMPORTANT NOTICE TO READERS AND ADVERTISERS**
California Law
requires that
contractors taking
jobs that total
$500.00 or more
(labor and/or
materials) be
licensed by the
Contractors State
License Board.
State law also
requires that
contractors include
their license
number on all
advertising. Check
your contractor's
status at
www.cslb.ca.gov or
801-321-CSLB
(2752) Unlicensed
persons taking jobs
that total less than
$500 must state
in their
advertisements
that are n ot
licensed by the
Contractors State
License Board.

the Cannifornian
NEWS • CULTURE
BUSINESS • HEALTH

**Autos For Sale**

**Chevrolet'01 Corvette**
FF229421
$31,837
088/556-8214
**Rydell**

**Chevrolet'15 Camaro LS**
(F9299053)
$14,965
088/556-8214
**Rydell**

**Chevrolet'15 Corvette Z51**
(G5119169)
$51,542
088/556-8214
**Rydell**

**Chevrolet'15 Tahoe LT**
(FR172466)
$41,943
088/556-8214
**Rydell**

**Chevrolet'16 Cruze LT**
(G7161096)
$15,943
088/556-8214
**Rydell**

**Chevrolet'16 Impala LT**
(G9134632)
$16,670
088/556-8214
**Rydell**

**Chevrolet'16 Malibu LT**
(GF150593)
$13,943
088/556-8214
**Rydell**

**CHEVY '16 Impala LT**
(88819)
626-795-8851
Thorson Motor Center

**Autos For Sale**

**Chevy '17 CRUZE**
2 at this Offer
$14,950
626-960-4461
**REYNOLDS**
Since 1915

**Chevy '17 IMPALA LT**
4 at this Offer
$19,950
626-960-4461
**REYNOLDS**
Since 1915

**Dodge'12 Challenger R/T**
(CH176044)
$21,432
(088)556-8214
**Rydell**

**DODGE'12 GRAND CARAVAN SXT**
(396663) $12,997
Thomas ACURA
1-626-915-1602

**DODGE '17 JOURNEY SXT**
1 at this Offer
$17,950
626-960-4461
**REYNOLDS**
Since 1915

**FORD '09 Ranger XL**
(A19026) $9,997
Thomas ACURA
1-626-915-1602

**FORD '17 Fusion SE**
2 at this Offer
$14,950
626-960-4461
**REYNOLDS**
Since 1915

**FORD '17 Mustang**
(26282) $16,498
Thomas ACURA
1-626-915-1602

**FORD '16 FOCUS SE**
(G05287) $11,998
Thomas ACURA
1-626-915-1602
Thorson Motor Center

**Autos For Sale**

**HONDA '15 CIVIC LX**
(543896) $12,797
Thomas ACURA
1-626-915-1602

**HONDA '09 Civic EX**
(184001A) $5,700
Thomas ACURA
1-626-915-1602

**Autos For Sale**

**HYUNDAI '16 ELANTRA SE**
(755410) $11,799
626-795-8851
Thorson Motor Center

Nobody covers the
Valley like the
**Daily News**

**Legal Notice**

If you bought a Pharmavite LLC product containing glucosamine and/or chondroitin, including TripleFlex® and BJ's products made by Pharmavite LLC, you could get money or free products from a class action settlement.

A settlement has been reached in a class action lawsuit alleging that the glucosamine and/or chondroitin supplements manufactured by Pharmavite LLC ("Pharmavite") or its affiliates, including the TripleFlex products and BJ's products made by Pharmavite (the "Covered Products"), do not provide certain benefits claimed in the labeling. Pharmavite denies these claims and denies it has done anything wrong. Pharmavite stands by the products, their labels and packaging, and their safety and efficacy. Plaintiff does not claim that these products are unsafe or present a health hazard. The Court has not decided in favor of either side.

**Who Is Included?** The "Settlement Class" includes all residents of the United States who, between May 1, 2007 and June 5, 2017 (the "Class Period"), paid money to obtain Covered Products for personal use and not resale or distribution.

**The Settlement Benefits.** Pharmavite has agreed to provide a $1,000,000 monetary fund and $5,900,000 in free product and shipping and handling costs; not to use certain terms in labeling its Covered Products; and to pay $325,000 or more for notice and administration costs, as well as attorneys' fees of up to $3,475,000, expenses up to $600,000, and plaintiff's incentive award up to $10,000.

Settlement Class Members may submit a Claim Form to request money (a "Cash Award") or free products ("Offered Products") plus shipping and handling costs ("Offered Product Benefits"). Settlement Class Members who submit a Valid Claim Form selecting a Cash Award (a) accompanied by proof of purchase can request $25 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or $100 per household; or (b) without proof of purchase can request $12.50 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or $50 per household. If the total Valid Claim Forms request more than $1,000,000 in Cash Awards, all payments will be reduced on a pro rata basis, and the reductions may be fulfilled with Offered Products. Any excess cash which is not needed to pay Valid Claims for Cash Awards will be distributed with pro rata increases to all valid cash claimants until all cash is distributed.

Settlement Class Members who do not request a Cash Award or whose Cash Award is not wholly fulfilled from available funds may request Offered Products. These Persons may request up to $25 of Offered Product Benefits for each bottle of Covered Product purchased during the Class Period, up to a maximum of six bottles of Offered Product Benefits or $150 of Offered Product Benefits per household, whichever is less.

If necessary, the Settlement Administrator may modify the type and amount of Offered Products you receive; and utilize an impartial lottery system to allocate reductions or increases to Settlement Class Members who submitted Valid Claims (whether requesting solely a Product Award or requesting a Cash Award that was reduced pro rata).

**Your Rights. To request money or free products, Settlement Class Members must submit a properly completed Claim Form, postmarked or submitted online by November 13, 2017. To be excluded from the Settlement Class**, a Person in the Settlement Class must submit a written exclusion postmarked by November 13, 2017. Persons in the Settlement Class who do so will not receive any money or free products, but will retain the right to sue on his/her own regarding these claims. **Settlement Class Members who do not exclude themselves can object to the terms of the settlement** by submitting a written objection postmarked by November 13, 2017. **Settlement Class Members who do nothing** will not receive any money or products and will be bound by the terms of the settlement. A Fairness Hearing will be held in this case (Lorean Barrera v. Pharmavite, LLC, No. 2:11-cv-0453-CAS (AGR)) on December 4, 2017 at 10:00 a.m., to determine the fairness, reasonableness and adequacy of the proposed settlement and to award attorneys' fees and costs. Anyone in the Settlement Class may attend the hearing, but is not required to do so.

This notice is only a summary. For detailed information visit www.GlucosamineSupplementSettlement.com, write to Barrera v. Pharmavite LLC Settlement Administrator, P.O. Box 404008, Louisville, KY 40233-4008, or call 1-855-505-1300.

**LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY (METRO)**

Metro will receive Proposals for RFP No. PS45385, Transportation School Consulting Services per specifications on file at the Office of Procurement, One Gateway Plaza, Los Angeles, CA 90012 (9th Floor).

All Proposals must be submitted to Metro, and be filed at the reception desk of the Office of Procurement on or before Monday, September 18, 2017 at 2:00 p.m. (local time). Proposals received after the above date and time may be rejected and returned unopened. Each Proposal must be sealed and marked Proposal RFP No. PS45385. A Pre-Proposal conference will be held on Monday, August 21, 2017 at 11:00 a.m., at the Henry Huntington Conference Room, on the 3rd Floor located at the address above.

Copies of the RFP will be available for download from Metro's website, www.metro.net/solicitations. Additionally, you may obtain a copy of the RFP, or further information, by emailing Ana Rodriguez at rodriquezoa@metro.net or via phone at (213) 922-1076.
8/7/17
CNS-3039185#
DAILY NEWS LOS ANGELES

**NOTICE OF PROPOSED TO PURCHASE TAX-DEFAULTED PROPERTY FOR DELINQUENT TAXES**

AGREEMENT NUMBER 2727

NOTICE IS HEREBY GIVEN, in accordance with the provisions of Division 1, Part 6, Chapter 8 of the California Revenue and Taxation Code (and the written authorization of the State Controller) that an agreement, a copy of which is on file in the office of the Board of Supervisors of Los Angeles County, has been made between said Board of Supervisors and the Los Angeles County Flood Control District, approved by the State Controller, whereby the County of Los Angeles will sell to the Los Angeles County Flood Control District under the terms set forth in said agreement, the real property hereinafter described which is Subject to the Tax Collector's Power to Sell.

That unless redeemed before the date and time of the effective agreement date stated below, which is not less than 21 days after the date of the first publication of this notice, as required by law, the undersigned Treasurer and Tax Collector, pursuant to said agreement, will sell said property to the Los Angeles County Flood Control District.

The effective date of the agreement will be on Monday, August 14, 2017, at 5:01 P.M. (Pacific Time).

If the property is sold, parties of interest, as defined in Section 4675 of the California Revenue and Taxation Code, have a right to file a claim with the County for any proceeds from the sale, which are in excess of the liens and costs required to be paid from the proceeds. If excess proceeds result from the sale, Treasurer and Tax Collector will give notice to parties of interest, pursuant to law.

If redemption of the property is not made according to law before the property is sold, the right of redemption will cease. Information concerning re-demption of the property listed herein will be fur-nished, upon request, by JOSEPH KELLY, Los Angeles County Treasurer and Tax Collector, 225 North Hill Street, Room 130, Los Angeles, California 90012. The real property covered by said Agree-ment is located in the County of Los Angeles, State of California, and is described as follows, to-wit:

2561-029-008

ASSESSED TO:     JOE E MATKE

OFFICIAL MAP OF LOS ANGELES COUNTY AS PER BK 2 PG 49 TO 56 OF O M LOT 8 DIV 117 REG 18

DATED THIS 27TH DAY OF JUNE, 2017

JOSEPH KELLY, TREASURER AND TAX COLLECTOR
CN940004 AGREEMENT NO. 2727 Jul 24,31, Aug 7, 2017





# Where Homegrown Heroes Become Legends

See the area's top high school players in action and vote for your favorites every week.

Go to **SoCalPrepLegends.com** for stories, stats, videos and more!



**SCPL**
**SOCAL PREP LEGENDS**



Case 2:11-cv-04153-CAS-AGR   Document 431-8   Filed 11/27/17   Page 30 of 34   Page ID #:26620

**IDRIS & MATTHEW**
On fame and fatherhood

People

**TRUE CRIME**
MURDER ON A CRUISE SHIP?

**Jennifer Aniston**
INSIDE HER LIFE NOW & HER RETURN TO TV!

**SAM SHEPARD**
1943-2017
HIS PRIVATE BATTLE WITH ALS

Lauren Conrad

Exclusive!
FIRST BABY PHOTOS!

HOW LOVE CHANGED ME

August 14, 2017

From starring on reality TV to running her own lifestyle empire, the first-time mom opens up about her journey, her marriage and baby Liam: 'I feel so lucky!'





No. **8**  **Wet Hot American Summer: Ten Years Later**

**NETFLIX**  COMEDY  In the new season of the retro summer-camp comedy, the year leaps from 1981 to 1991, and the friends return to their old cabins for a reunion that will include a Shakespeare-themed barn dance. First, though, there are games of one-upmanship: Susie (Amy Poehler), in from Hollywood, brings along a hot actor (Jai Courtney) and an ALF puppet. It's airheaded but sweet—the TV equivalent of s'mores. (*Launches Aug. 4*)

Shiny, happy campers: Marguerite Moreau (left), Nina Hellman, Sarah Burns, Zak Orth, Mark Feuerstein and Janeane Garofalo.

SAEED ADYANI/NETFLIX



**FEEL THIS FRESH FROM AM TO PM**

Always Daily Liners are so thin and absorbent they keep you feeling **CLEAN ALL DAY LONG.**

ALL DAY Fresh'n'Clean

*vs. Always Thin™ © Procter & Gamble 2017

*always*



## No. 9 Difficult People
### Their brand of misery doesn't love company

**HULU** **COMEDY** Billy Eichner and Julie Klausner's entertainingly mean series about two snarling, snarky actors seems to have lost some of its edge in the season 3 opener—giving Maury Povich a cameo as himself is no one's idea of humor—but the second episode is a funny takedown of late-career Woody Allen: Julie gets cast as a cigarette girl in his new Amazon series, a lazy piffle called *Manhattan Mini-Storage. (Launches Aug. 8)*



## No. 10 My Life Now

*People Now* host Jeremy Parsons revisits some of the most memorable men and women ever featured in the magazine's human-interest stories, starting Aug. 10 with Joe Kinan, survivor of the 2003 Rhode Island nightclub fire that killed 100 people. To watch, download the PEN app on your favorite mobile or connected-TV device.

**PEN** **People Entertainment NETWORK**

Kinan (left) and Parsons

Seat-belting it out: John Legend and Alicia Keys.



## No. 11 Carpool Karaoke: The Series

**iTUNES** **COMEDY/MUSIC** The breakout segment from CBS's *Late Late Show with James Corden,* already a huge viral hit, makes its much-hyped premiere as a series—this is karaoke nonstop, sometimes not even in a car (try a helicopter) and not always with Corden as your singing host, but still with plenty of celebrities happily singing pop hits on the move. *(Aug. 8)*

FROM TOP: KC BAILEY/HULU; COURTESY PEN.5G/CBS

**If you bought a Pharmavite LLC product containing glucosamine and/or chondroitin, including TripleFlex® and BJ's products made by Pharmavite LLC, you could get money or free products from a class action settlement.**

A settlement has been reached in a class action lawsuit alleging that the glucosamine and/or chondroitin supplements manufactured by Pharmavite LLC ("Pharmavite") or its affiliates, including the TripleFlex products and BJ's products made by Pharmavite (the "Covered Products"), do not provide certain benefits claimed in the labeling. Pharmavite denies these claims and denies it has done anything wrong. Pharmavite stands by the products, their labels and packaging, and their safety and efficacy. Plaintiff does not claim that these products are unsafe or present a health hazard. The Court has not decided in favor of either side.

**Who Is Included?** The "Settlement Class" includes all residents of the United States who, between May 1, 2007 and June 5, 2017 (the "Class Period"), paid money to obtain Covered Products for personal use and not resale or distribution.

**The Settlement Benefits.** Pharmavite has agreed to provide a $1,000,000 monetary fund and $5,900,000 in free product and shipping and handling costs; not to use certain terms in labeling its Covered Products; and to pay $325,000 or more for notice and administration costs, as well as attorneys' fees of up to $3,475,000, expenses up to $600,000, and plaintiff's incentive award up to $10,000. Settlement Class Members may submit a Claim Form to request money (a "Cash Award") or free products ("Offered Products") plus shipping and handling costs ("Offered Product Benefits"). Settlement Class Members who submit a Valid Claim Form selecting a Cash Award (a) accompanied by proof of purchase can request $25 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or **$100 per household**; or (b) without proof of purchase can request $12.50 for each bottle of Covered Product purchased during the Class Period, up to a maximum of four bottles, or **$50 per household**. If the total Valid Claim Forms request more than $1,000,000 in Cash Awards, all payments will be reduced on a *pro rata* basis, and the reductions may be fulfilled with Offered Products. Any excess cash which is not needed to pay Valid Claims for Cash Awards will be distributed with *pro rata* increases to all valid cash claimants until all cash is distributed. Settlement Class Members who do not request a Cash Award or whose Cash Award is not wholly fulfilled from available funds may request Offered Products. These Persons may request up to $25 of Offered Product Benefits for each bottle of Covered Product purchased during the Class Period, **up to a maximum of six bottles of Offered Product Benefits or $150 of Offered Product Benefits per household**, whichever is less. If necessary, the Settlement Administrator may: modify the type and amount of Offered Products you receive; and utilize an impartial lottery system to allocate reductions or increases to Settlement Class Members who submitted Valid Claims (whether requesting solely a Product Award or requesting a Cash Award that was reduced *pro rata*).

**Your Rights.** To request money or free products, Settlement Class Members must submit a properly completed Claim Form, postmarked or submitted online by November 13, 2017. To be excluded from the Settlement Class, a Person in the Settlement Class must submit a written exclusion postmarked by November 13, 2017. Persons in the Settlement Class who do so will not receive any money or free products, but will retain the right to sue on his/her own regarding these claims. **Settlement Class Members who do not exclude themselves can object to the terms of the settlement** by submitting a written objection postmarked by November 13, 2017. **Settlement Class Members who do nothing**, will not receive any money or products and will be bound by the terms of the settlement.

A Fairness Hearing will be held in this case (*Lorean Barrera v. Pharmavite, LLC,* No. 2:11-cv-04153-CAS (AGrx)) on December 4, 2017 at 10:00 a.m., to determine the fairness, reasonableness and adequacy of the proposed settlement and to award attorneys' fees and costs. Anyone in the Settlement Class may attend the hearing, but is not required to do so.

This notice is only a summary. For detailed information visit www.GlucosamineSupplementSettlement.com, write to *Barrera v. Pharmavite LLC* Settlement Administrator, P.O. Box 404008, Louisville, KY 40233-4008, or call 1-855-505-1300.

**Exhibit D**

| | |
|---|---|
| **From:** | danielle fagans |
| **To:** | #NA KCC SRFK Glucosamine Supplement Settlement |
| **Subject:** | Regarding Settlement |
| **Date:** | Tuesday, August 08, 2017 6:41:34 PM |

To Whom It May Concern:

I am emailing to submit a request of exclusion for the Class Action Settlement. I  want to be excluded from the Settlement Class,I am a person in the Settlement Class and have purchased one or more of the Covered Products during the Class Period. I do not want to partake in any of the Class Action Settlement against the company.

Sincerely,
Danielle Phillips