BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson (203111)
Manfred Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
eryan@bffb.com
Telephone: 602-274-1100

SIPRUT, PC
Stewart M. Weltman
17 N. State Street, Suite 1600
Chicago, IL 60602
sweltman@siprut.com
Telephone: (312) 236-0000

Attorneys for Plaintiff
*[Additional Counsel on signature page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREAN BARRERA, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:11-cv-04153-CAS (AGrx)<br><br>**DECLARATION OF PATRICIA N. SYVERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR POSTING OF AN APPEAL BOND BY OBJECTOR JUSTIN FERENCE**<br><br>Date:    February 26, 2018<br>Time:    10:00 a.m.<br>Courtoom: 8D<br>The Hon. Christina A. Snyder |

I, PATRICIA SYVERSON, declare as follows:

1.     I am a shareholder in the law firm of Bonnett, Fairbourn, Friedman, & Balint, P.C., one of the Settlement Class Counsel.  I have personal knowledge of the matters set forth in this declaration and, if called to testify to them, would be competent to do so.

2.     Pursuant to L.R. 7-3, on January 5, 2018, counsel for Plaintiff conferred with counsel for Objector Justin Ference regarding Plaintiff's intent to file a Motion for Posting of an Appeal Bond and the substance of same. Plaintiff's counsel requested that Objector Ference drop his appeal and Objector's counsel declined and informed Plaintiff's counsel that Objector Ference would oppose Plaintiff's motion.

3.     In support of Plaintiff's Motion for Posting of An Appeal Bond By Objector Justin Ference, attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| **Exhibit A:** | Supplemental Declaration of Phil Cooper Re: Settlement Claims and Projected Amount of Administration Costs |
| **Exhibit B:** | Reporter's Transcript of Proceedings held on Monday, December 4, 2017 (Fairness Hearing) |
| **Exhibit C:** | *Retta v. Millennium Products, Inc.*, Case No.  2:16-cv-03780-PSG-AJW  (C.D. Cal.), D.E. 104 (Order GRANTING the Motions for Final Approval of Class Action Settlement, Attorneys' Fees and Costs, and Class Representative Incentive Awards, dated Aug. 22, 2017) |
| **Exhibit D:** | *Bezdek v. Vibram USA, Inc.*, No. 12-10513-DPW (D. Mass). D.E. 119 (Memorandum In Support of Joint Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7, dated March 16, 2015) |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 16th day of January 2018 at San Diego, California.

DATED:  January 16, 2018

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.

By:      s/Patricia N. Syverson
Patricia N. Syverson (203111)
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
eryan@bffb.com
Telephone:  602/274-1100
Fax:  602/274-1199

SIPRUT, PC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
17 North State Street, Suite 1600
Chicago, IL 60602
Sweltman@siprut.com
Telephone: (312) 236-0000

BOODELL & DOMANSKIS, LLC
Max A. Stein (*Admitted Pro Hac Vice*)
Nada Djordjevic (*Admitted Pro Hac Vice*)
353 N. Clark St.  Suite 1800
Chicago, IL 60604
mstein@boodlaw.com
ndjordjevic@boodlaw.com
Telephone: (312) 938-1670

LEVIN SEDRAN & BERMAN
Howard J. Sedran
510 Walnut Street
Philadelphia, Pennsylvania 19106
hsedran@lfsblaw.com
Telephone: (215) 592-1500

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WESTERMAN LAW CORP.
Jeff S. Westerman (94559)
1875 Century Park East, Ste. 2200
Los Angeles, California 90067
Telephone: (310) 698-7450
jwesterman@jswlegal.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 16, 2018.

By: _s/Patricia N. Syverson_
BONNETT FAIRBOURN FRIEDMAN
& BALINT, PC
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593