# EXHIBIT A

Case 2:11-cv-04153-CAS-AGR Document 442-1 Filed 02/12/18 Page 1 of 9 Page ID #:26793

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:12-cv-11280-DJC

| | |
|---|---|
| Bacchi v. Massachusetts Mutual Life Insurance Company | Date Filed: 07/11/2012 |
| Assigned to: Judge Denise J. Casper | Date Terminated: 11/08/2017 |
| Demand: $5,001,000 | Jury Demand: Plaintiff |
| related Case: 1:12-cv-11596-JLT | Nature of Suit: 110 Insurance |
| Case in other court: USCA - First Circuit, 17-02129 | Jurisdiction: Diversity |
| USCA - First Circuit, 17-02190 | |
| USCA - First Circuit, 18-01096 | |
| Cause: 12:635 Breach of Insurance Contract | |

**Plaintiff**

**Karen L Bacchi**
*Individually and on Behalf of all Persons Similarly Situated*

represented by **Jason B. Adkins**
Adkins, Kelston and Zavez, P.C.
90 Canal Street
5th Floor
Boston, MA 02114
617-367-1040
Fax: 617-742-8280
Email: JADKINS@AKZLAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Zavez**
Adkins, Kelston and Zavez, P.C.
90 Canal Street
5th Floor
Boston, MA 02114
617-367-1040
Fax: 617-742-8280
Email: jzavez@akzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Friedman**
Bonnett Fairbourn Friedman & Balint, P.C.
2325 E. Camelback Road
Suite 300
Phoenix, AZ 85016
602-274-1100
Fax: 602-274-1199
Email: afriedman@bffb.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**F. Paul Bland**
Public Justice
1825 K Street NW, Suite 200
Washington, DC 20006
202-797-8600
Email: pbland@publicjustice.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis J. Balint , Jr.**
Bonnett Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue
Suite 1100
Phoenix, AZ 85012
602-274-1100
Email: fbalint@bffb.com
*ATTORNEY TO BE NOTICED*

**Mark A. Chavez**
Chavez & Gertler
42 Miller Avenue
Mill Valley, CA 94941-5572
415-381-5599
Email: mark@chavezgertler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Massachusetts Mutual Life Insurance Company**　　represented by　**James R. Carroll**
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617-573-4800
Fax: 617-573-4822
Email: James.Carroll@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt Wm. Hemr**
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street

Boston, MA 02116
617-573-4800
Fax: 617-573-4822
Email: kurt.hemr@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alisha Quintana Nanda**
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617-573-4800
Fax: 617-573-4822
Email: Alisha.Nanda@skadden.com
*ATTORNEY TO BE NOTICED*

**Scott T. Lashway**
MassMutual Financial Group
1295 State Street
Springfield, MA 01111
413-744-7383
Email: scott.lashway@hklaw.com
*TERMINATED: 11/23/2015*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**Babson Capital Management LLC**         represented by   **Kurt Wm. Hemr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**Christina Chavez**                      represented by   **Mark F. Murphy**
Mark Murphy Law Offices, LLC
30 Walpole Street
Norwood, MA 02062
781-762-0088
Fax: 781-762-3133
Email: mmurphy@markmurphylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary T. Rahmes**
Gianelli & Morris, ALC
550 S. Hope St.
Suite 1645
Los Angeles, CA 90071

|  |  |
|---|---|
|  | 213-489-1600<br>Email: mary.rahmes@gmlawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Morris**<br>Gianelli & Morris, ALC<br>550 S. Hope Street<br>Suite 1645<br>Los Angeles, CA 90071<br>213-489-1600<br>Email: tim.morris@gmlawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Objector**<br>**M.D. Michael D. Myers** | represented by **Mark F. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Objector**<br>**Caroline Tucker** | represented by **Mardi Harrison**<br>Law Office of Mardi Harrison<br>125 Edison Furlong Road<br>Doylestown, PA 18901<br>267-252-1035<br>Email: mardi@suetheboss.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elaine W. Sharp**<br>Whitfield Sharp & Sharp<br>196 Atlantic Avenue<br>Marblehead, MA 01945<br>781-639-1862<br>Fax: 781-639-1771<br>Email: elainesharp@sharplaw.net<br>*ATTORNEY TO BE NOTICED* |
| **Objector**<br>**Francis Vitale**<br>*Class Member-Objector* |  |

| Date Filed | # | Docket Text |
|---|---|---|

| 11/15/2017 | 311 | NOTICE OF APPEAL re 308 Memorandum and Order, 309 Judgment by Caroline Tucker Filing fee: $ 505, receipt number 0101-6887842 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US **District Court Clerk to deliver official record to Court of Appeals by 12/5/2017.** (Harrison, Mardi) (Modified on 11/15/2017 to Correct Docket Text and CM/ECF Document Link) (Paine, Matthew). (Entered: 11/15/2017) |
|---|---|---|
| 11/16/2017 | 312 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 311 Notice of Appeal (Paine, Matthew) (Entered: 11/16/2017) |
| 11/16/2017 | 313 | USCA Case Number 17-2129 for 311 Notice of Appeal filed by Caroline Tucker. (Paine, Matthew) (Entered: 11/16/2017) |
| 12/04/2017 | 314 | NOTICE OF APPEAL as to 308 Memorandum & ORDER, 309 Judgment by Francis Vitale NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US **District Court Clerk to deliver official record to Court of Appeals by 12/26/2017.** (Maynard, Timothy) (Entered: 12/04/2017) |
| 12/04/2017 | 317 | USCA Appeal Fees received $505.00 receipt number 1BST065696 re 314 Notice of Appeal,,, filed by Francis Vitale (Coppola, Katelyn) (Entered: 12/06/2017) |
| 12/05/2017 | 315 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 314 Notice of Appeal (Paine, Matthew) (Entered: 12/05/2017) |
| 12/05/2017 | 316 | USCA Case Number 17-2190 for 314 Notice of Appeal filed by Francis Vitale. (Paine, Matthew) (Entered: 12/05/2017) |
| 01/09/2018 | 318 | MOTION for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]* by Karen L Bacchi.(Adkins, Jason) (Entered: 01/09/2018) |
| 01/09/2018 | 319 | MEMORANDUM in Support re 318 MOTION for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]* filed by Karen L Bacchi. (Adkins, Jason) (Entered: 01/09/2018) |
| 01/09/2018 | 320 | |

| | | |
|---|---|---|
| | | DECLARATION re 318 MOTION for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]* by Karen L Bacchi. (Attachments: # 1 Exhibit A)(Adkins, Jason) (Entered: 01/09/2018) |
| 01/13/2018 | 321 | First Opposition re 318 MOTION for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]* filed by Caroline Tucker. (Harrison, Mardi) (Entered: 01/13/2018) |
| 01/22/2018 | 322 | Opposition to Plaintiff's Motion re 318 MOTION for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]* filed by Francis Vitale. (McKillop, Matthew) (Entered: 01/22/2018) |
| 01/23/2018 | 323 | MOTION for Leave to File *Reply Brief* by Karen L Bacchi. (Attachments: # 1 Exhibit 1)(Adkins, Jason) (Entered: 01/23/2018) |
| 01/24/2018 | 324 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 323 Motion for Leave to File Reply Brief in Support of Plaintiff's Expedited Motion to Set Appeal Bond with Request for Expedited Opposition Filing Date, If Any; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Hourihan, Lisa) (Entered: 01/24/2018) |
| 01/24/2018 | 325 | REPLY to Response to 318 MOTION for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]* filed by Karen L Bacchi. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Adkins, Jason) (Entered: 01/24/2018) |
| 01/25/2018 | 326 | Judge Denise J. Casper: ELECTRONIC ORDER entered re: 318 Motion for Bond *[Expedited Motion to Set Appeal Bond With Request For Expedited Opposition Filing Date, If Any]*. Plaintiffs motion for an appeal bond pursuant to Fed. R. App. 7, is ALLOWED. To the extent that Plaintiff sought same on an expedited basis, that is DENIED and the Court has considered the opposition to same of the two objectors who have filed notices of appeal. D. 321, 322 as well as Plaintiffs reply brief, D. 325.<br><br>Under Rule 7, a district court may require an appellant to file a bond in an amount necessary to ensure payment of costs on appeal. Whether such bond is required and the amount of same "is a matter best left to the sound discretion of the district court" and, if the appeal is frivolous, as Plaintiff contends, such finding may be considered in determining whether a bond is warranted. Sckolnick v. Harlow, 820 F.3d 13, 15 (1st Cir. 1987). Although the two objectors dispute whether the Court should include potential attorneys fees in any calculation of the bond sought here, such is appropriate if the district court concludes that the appeal is frivolous such that attorneys fees and costs could be awarded on appeal under Fed. R. App. P. 38 (allowing "just damages and single or double costs to the appellee" if an appeal is determined to be frivolous). Sckolnick, 820 F.3d at 15; see Hill v. State Street Corp., 2015 WL 1734996, at *3 (D. Mass. April 16, 2015). Although the objectors, Ms. Tucker and Mr. Vitale, D. 283 and D. 280, had a right to object to the settlement and to press an appeal as to the rejection of those objections, this Court does not |

| | | |
|---|---|---|
| | | conclude that their appeal about such objections would be non-frivolous on appeal as to the $37.5 common fund settlement for MassMutual policyholders. The Court will not repeat its analysis of their (and other) objections which criticized the size of the common fund, the distribution to class members, the scope of release and the attorneys fee and cost award, but incorporates its analysis of these objections here. D. 308.<br><br>That having been said, the Court remains mindful of the need to balance "public policy reasons to minimize the hurdles to a litigants right to appeal imposed by appeal bonds," In re Pharm. Indus. Avg. Wholesale Price Litig., 520 F.Supp.2d 274, 279 (D. Mass. 2007) against the interest promoted by a bond requirement to "ensure that a class litigating a frivolous appeal will not be injured or held up spoilers," id. at 278, a real issue here where 99.99% of the class of 2.71 million policyholders registered no objection to the settlement. D. 319 at 2.<br><br>Plaintiff, on behalf of the certified class, seeks a bond of $311,175, half of the amount of the taxable double costs allowed under Fed. R. App. P. 39 ($600); the cost of delay, calculated as one-year loss of post-judgment interest ($543,750), and estimated attorneys fees and costs for litigating the appeal ($78,000). Other than the cost of delay measured in loss of post-judgment interest, Plaintiff do not seek to cover any additional administrative costs that might be incurred in administering the fund and the class while the appeal is pending. Moreover, Plaintiffs request is supported by an affidavit from Attorney Jason Adkins, class counsel, regarding these costs, including the attorneys fees. Also, there is an absence of any showing that either appellant could not afford such bond.<br><br>Accordingly, the Court ALLOWS the motion for a bond, in the amount requested of $311,175, where this amount accounts only for half of the costs that the Plaintiff class might incur and such a percentage reduction of the total costs serves, in part, to account for the competing public policy interest of access to the appellate process against the concern that an appeal of questionable merit will hold up the disbursement of a settlement not objected to by the vast majority of the class members. Such bond, shall be imposed jointly and severally between the objectors and shall be due within seven days of this Order.<br><br>(McKillop, Matthew) (Entered: 01/25/2018) |
| 01/25/2018 | 327 | NOTICE by Karen L Bacchi *[Notice of Service]* (Friedman, Andrew) (Entered: 01/25/2018) |
| 01/27/2018 | 328 | NOTICE OF APPEAL as to 326 Order on Motion for Bond,,,,,,,,,,,,,,,, by Caroline Tucker Filing fee: $ 505, receipt number 0101-6983390 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also** |

|  |  | review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 2/16/2018. (Harrison, Mardi) (Entered: 01/27/2018) |
|---|---|---|
| 01/29/2018 | 329 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 328 Notice of Appeal. (Paine, Matthew) (Entered: 01/29/2018) |
| 01/29/2018 | 330 | USCA Case Number 18-1096 for 328 Notice of Appeal filed by Caroline Tucker. (Paine, Matthew) (Entered: 01/29/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/12/2018 10:53:40 | | | |
| PACER Login: | bffb0014:2512625:0 | Client Code: | 15817-0001 cal |
| Description: | Docket Report | Search Criteria: | 1:12-cv-11280-DJC Start date: 11/14/2017 |
| Billable Pages: | 5 | Cost: | 0.50 |