FILED

MAR 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOREAN BARRERA, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>JUSTIN FERENCE,<br><br>    Objector-Appellant,<br><br> v.<br><br>PHARMAVITE LLC, a California limited liability company,<br><br>    Defendant-Appellee. | No.   17-56959<br><br>D.C. No.<br>2:11-cv-04153-CAS-AGR<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

    Appellant's motion to dismiss this appeal voluntarily (docket #10) is granted.  Fed. R. App. P. 42(b).  The parties shall bear their own fees and costs.

    This order served on the district court shall act as and for the mandate of this court.

                        FOR THE COURT:

                        By:  Chris Goelz
                        Circuit Mediator

CG/Mediation